# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SOFCO ERECTORS, INC. | : | Case No: 2:19-cv-2238 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Judge George C. Smith |
| | : | |
| TRUSTEES, OHIO OPERATING ENGINEERS PENSION FUND | : | Magistrate Judge Kimberly A. Jolson |
| | : | |
| And | : | NOTICE OF FILING ARBITRATION |
| | : | RECORD (PLAINTIFF SOFCO |
| OHIO OPERATING ENGINEERS PENSION FUND | : | ERECTOR'S MOTION FOR SUMMARY JUDGMENT) |
| | : | |
| **Defendants.** | : | |

Sofco Erectors, Inc. hereby provides notice of the filing of the following:

1. Plaintiff Sofco Erectors, Inc.'s Motion for Summary Judgment;

2. Appendix A to Sofco Erectors, Inc.'s Motion for Summary Judgment- Affidavit of John Hesford and Exhibits;

3. Appendix B to Sofco Erectors, Inc.'s Motion for Summary Judgment- Deposition transcripts cited within Sofco's Erectors, Inc.'s Motion for Summary Judgment;

4. Appendix C to Sofco Erectors, Inc.'s Motion for Summary Judgment- Authorities cited within Sofco Erectors, Inc.'s Motion for Summary Judgment; and

5. Ohio Operating Engineers Pension Fund's Response to Plaintiff Sofco Erectors, Inc.'s Motion for Summary Judgment.

Respectfully Submitted,

*/s/ Gary L. Greenberg*
Gary L. Greenberg (0023180)
   Trial Attorney
Mark B. Gerano (0091969)
Jackson Lewis P.C.
201 E. Fifth Street
26th Floor
Cincinnati, Ohio 45202
(513) 898-0050
(513) 898-0051 (fax)
Gary.Greenberg@jacksonlewis.com
Mark.Gerano@jacksonlewis.com

*Attorneys for Sofco Erectors, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of January, 2020, a true and accurate copy of the foregoing was filed via the Court's CM/ECF system, which will send electronic notification to all counsel of record.

*/s Gary L. Greenberg*
Gary L. Greenberg

4820-5740-8945, v. 1