UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **SOFCO ERECTORS, INC.** | : | Case No: 2:19-cv-2238 |
| **Plaintiff,** | : | |
| v. | : | Judge George C. Smith |
| **TRUSTEES, OHIO OPERATING ENGINEERS PENSION FUND** | : | Magistrate Judge Kimberly A. Jolson |
| And | : | **NOTICE OF FILING ARBITRATION RECORD (PLEADINGS)** |
| **OHIO OPERATING ENGINEERS PENSION FUND** | : | |
| **Defendants.** | : | |

Sofco Erectors, Inc. hereby provides notice of the filing of the following:

1. August 31, 2017 Plan Assessment Request;

2. November 17, 2017 Sofco Erectors Inc's Request for Review of Withdrawal Liability Assessment;

3. November 29, 2017 Sofco Erectors Inc.'s Supplemental Request for Review of Withdrawal Liability;

4. April 2, 2018 Notice of Initiation of Arbitration; and

5. April 29, 2019 Arbitrator's Opinion and Award on Motions for Summary Judgment.

1

Respectfully Submitted,

*/s/ Gary L. Greenberg*
Gary L. Greenberg (0023180)
   Trial Attorney
Mark B. Gerano (0091969)
Jackson Lewis P.C.
201 E. Fifth Street
26th Floor
Cincinnati, Ohio 45202
(513) 898-0050
(513) 898-0051 (fax)
Gary.Greenberg@jacksonlewis.com
Mark.Gerano@jacksonlewis.com

*Attorneys for Sofco Erectors, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2020, a true and accurate copy of the foregoing was filed via the Court's CM/ECF system, which will send electronic notification to all counsel of record.

*/s Gary L. Greenberg*
Gary L. Greenberg

4850-1073-6049, v. 1