UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **SOFCO ERECTORS, INC.** | : | **Case No: 2:19-cv-2238** |
| **Plaintiff,** | : | |
| v. | : | **Judge George C. Smith** |
| **TRUSTEES, OHIO OPERATING ENGINEERS PENSION FUND** | : | **Magistrate Judge Kimberly A. Jolson** |
| And | : | **NOTICE OF RE-FILING ARBITRATION RECORD (DEFENDANT OHIO** |
| **OHIO OPERATING ENGINEERS PENSION FUND** | : | **OPERATING ENGINEERS PENSION FUND'S MOTION FOR SUMMARY JUDGMENT AND EXHIBITS)** |
| **Defendants.** | : | |

Due to a technical error, Sofco Erectors, Inc. hereby provides notice of the re-filing of the following:

1. Defendant Ohio Operating Engineers Pension Fund's Motion for Summary Judgment;

2. Exhibit A- Wilson Affidavit with Exhibits;

3. Exhibit B- Powell Deposition Excerpts and Exhibits;

4. Exhibit C- Byers Deposition Excerpts and Exhibits;

5. Exhibit E- Ciner Deposition Excerpts and Exhibits;

6. Exhibit F- MPPA Act;

7. Exhibit G- PBGC Opinion Letter; and

8. Plaintiff Sofco Erectors Inc.'s Response to Ohio Operating Engineers Pension Fund's Motion for Summary Judgment.

1

Respectfully Submitted,

*/s/ Gary L. Greenberg*
Gary L. Greenberg (0023180)
   Trial Attorney
Mark B. Gerano (0091969)
Jackson Lewis P.C.
201 E. Fifth Street
26th Floor
Cincinnati, Ohio 45202
(513) 898-0050
(513) 898-0051 (fax)
Gary.Greenberg@jacksonlewis.com
Mark.Gerano@jacksonlewis.com

*Attorneys for Sofco Erectors, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January, 2020, a true and accurate copy of the foregoing was filed via the Court's CM/ECF system, which will send electronic notification to all counsel of record.

*/s Gary L. Greenberg*
Gary L. Greenberg

4852-6827-0258, v. 1