**EXHIBIT C**

CIN-TEL CORPORATION

PH:  513-621-7723                                      FX:  513-263-9023

Page 1

AMERICAN ARBITRATION ASSOCIATION

- - -

In the Matter of          )
Arbitration Between:      )
                          )
Sofco Erectors, Inc.      )
                          )
            Employer,     )
                          )
        and               )Case No.: 01-18-0001-3790
                          )
Ohio Operating Engineers  )
Pension Fund,             )
                          )
            Fund.         )
                          - - -

        Deposition of Thomas P. Byers, a witness
herein, called by the Employer for cross-examination
pursuant to the Ohio Rules of Civil Procedure, taken
before Karen A. Toth, Notary Public in and for the
State of Ohio, at the offices of Fadel & Beyer, LLC,
Bridge Building, Suite 120, 18500 Lake Road, Rocky
River, Ohio, on Wednesday, September 26, 2018,
commencing at 10:10 a.m.

                          - - -

CIN-TEL CORPORATION

PH: 513-621-7723                                         FX: 513-263-9023

Page 2

```
 1    APPEARANCES:

 2    On behalf of the Employer:

 3           Gary L. Greenberg, Esq.
             Jackson Lewis, P.C.
 4           425 Walnut Street
             Suite 2300
 5           Cincinnati, Ohio 45202

 6    On behalf of Ohio Operating Engineers Pension Fund:

 7           Allen S. Kinzer, Esq.
             Vorys, Sater, Seymour & Pease, LLP
 8           52 East Gay Street
             PO Box 1008
 9           Columbus, Ohio 43216

10    On behalf of International Union of Operating
      Engineers and the witness:
11
             Timothy R. Fadel, Esq.
12           Fadel & Beyer, LLC
             Bridge Building
13           Suite 120
             18500 Lake Road
14           Rocky River, Ohio 44116

15    Also present:

16           John Hesford

17                         - - -

18

19

20

21

22

23

24
```

CIN-TEL CORPORATION

PH:  513-621-7723                              FX:  513-263-9023

Page 3

1                          INDEX

2   WITNESS:                        CROSS

3   Thomas P. Byers

4      by Mr. Greenberg                  5

5                       - - -

6

7               E X H I B I T S

8   Employer:                       Marked

9      A through DD                 premarked

10                      - - -

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 80

```
 1          work to individuals who were not members of
 2          Local 18?
 3    A     I don't know of any.
 4    Q     Let's look at Exhibit Q.
 5    A     I'm sorry.  What tab would that be in?
 6    Q     Tab 13.
 7              MR. GREENBERG:    Let's take a restroom
 8          break and let's go off the record.
 9                 (Short recess.)
10    By Mr. Greenberg:
11    Q     Mr. Byers, I'd like you to take a look at Tab
12          13. So if you look at the numbers in the
13          bottom right corner you'll see that Tab 13
14          documents are numbered OOE154 through 00E163.
15          So these are documents that were produced by
16          the Pension Fund and they all apparently
17          relate to grievances filed by Local 18 or by
18          Local 18 members over the assignment of
19          forklift work to people who are not members of
20          Local 18.  So I want to ask first if you know
21          how the Pension Fund came to acquire these
22          documents?  Did they come from you or somebody
23          on your staff?
24    A     I asked the district reps in Columbus and in
```

CIN-TEL CORPORATION

PH:  513-621-7723                                    FX:  513-263-9023

Page 81

1          District 4-5 Franklin to send me copies of

2          grievances that they had on file relating to

3          forklifts and Sofco.  And I also researched

4          what I had at headquarters office in

5          Cleveland.

6     Q    And this is what you came up with, these pages

7          here, 154 to 163, you and your staff?

8     A    I think there is -- at first glance I think

9          that's it.  I'm not sure if there were others

10         provided.  I see you got some stuff back in

11         14.  I'm sure we'll get there.

12    Q    We will.  And Tab 14, I'll just tell you that

13         Sofco produced its records, the grievances

14         over assignment of forklifts to operators

15         other than members of Local 18 and that's

16         behind Tab 14.  We'll get to that in a few

17         minutes.

18              MR. FADEL:      If I can just

19         clarify.  You indicated that it's 154 to 163

20         is Exhibit Q.  Actually Exhibit Q only runs

21         through --

22              MR. GREENBERG:    That's right.  It

23         starts with Q but I've divided these up into

24         the separate grievances, to the best of my

Page 82

1          understanding.

2    Q     So let's start with Q.  And Q is Bates number

3          154 through 156, so it's three pages.  And it

4          appears to be a letter about a grievance

5          settlement back in 2013.  Begins with the

6          letter to Mr. Dalton from a Stanley Brubaker.

7          And then the next page is a copy of a

8          grievance, and the page after that is a copy

9          of a check.  Do you have any personal

10         knowledge of the matters referenced in Exhibit

11         Q?

12   A     No.

13   Q     All right.  Let's turn to R.  You might know a

14         bit more about this one since your name is on

15         the letter.  So Exhibit R, that's Bates stamp

16         numbered 157 through 163.  So let's start with

17         the first page of R.  It is a letter to

18         Mr. Timothy R. Fadel at Wuliger, Fadel & Beyer

19         dated November 7, 2016.  It is signed by

20         Thomas B. Byers.  Can you identify that

21         document?

22   A     Yes.  That's a document that I used.  When we

23         have a grievance settlement we started using

24         Mr. Fadel as a clearing house to help assist

CIN-TEL CORPORATION

PH: 513-621-7723                                      FX: 513-263-9023

Page 83

1        us in maintaining records about grievances.

2    Q   So I'm going to assume that when you did

3        research on the past history of grievances

4        that you would have also asked Mr. Fadel to --

5    A   (Nods head.)

6    Q   You didn't ask him?

7    A   I did not.

8            MR. GREENBERG:     Well, as long as

9        we're sitting here I'll ask Mr. Fadel to find

10       any records that he has of grievances

11       involving Sofco.

12           MR. FADEL:      Your request is duly

13       noted.

14           MR. GREENBERG:    If we don't get

15       anything we'll assume that there isn't

16       anything there.

17           MR. FADEL:      You should assume

18       nothing.  And I'll put that on the record.

19       You should assume that my response or lack

20       thereof is indicative of nothing.

21           MR. GREENBERG:   Okay.

22           MR. FADEL:      And if you want to

23       subpoena information from me you're free to do

24       that.

WWW.CINTELCORPORATION.COM      E-Mail   CINTELCO@GMAIL.COM

Page 84

```
 1              MR. GREENBERG:    No, I think I'll
 2        leave it up to Pension Fund counsel to decide
 3        whether to pursue that further.
 4    Q   Okay.  So the cover letter refers to the
 5        enclosed information, and then there is some
 6        pages after that that are numbered
 7        consecutively.  So let's start with the next
 8        page.  It's headed "Summary, Sofco Erectors,
 9        grievance dated 7-12-16."  Mr. Byers, do you
10        know who prepared this page?
11    A   I do not.  I can have my guess that it would
12        be handwritten by one of the business reps in
13        District 4-5 and submitted to my office.  It
14        may have been typed by his district rep or it
15        may have been typed by him or the secretary,
16        but most of that information comes from the
17        district.
18    Q   All right.  So this is a document that's kept
19        in, you know, sort of the normal course of
20        your business?
21    A   Yes.
22    Q   I'd like you to look at the second entry for
23        July 11, 2016.  So I'm going to read this out
24        loud.  "Business Rep Jason Baker spoke with
```

CIN-TEL CORPORATION

PH:  513-621-7723                                    FX:  513-263-9023

Page 85

```
 1          John Hesford with Sofco Erectors.  John stated
 2          that Sofco has assigned forklifts to
 3          Ironworkers."  I'm going to stop there.  Do
 4          you recall reading that in this summary at the
 5          time?
 6   A      Not specifically.
 7   Q      But you don't dispute the fact that as of the
 8          date that you received this summary, which
 9          would have been sometime on or before November
10          7, 2016, that you knew that Sofco was
11          assigning forklift work to ironworkers?
12   A      Based upon this I can tell you that I see
13          right here that they have assigned forklifts
14          to ironworkers because I'm reading it on this
15          paper.  I don't know that I've been notified
16          that they're solely assigning it.  It says
17          they have assigned forklifts.
18   Q      Okay.  Let's turn to Tab 14.  So as I
19          explained a few minutes ago, Tab 14 includes
20          all of the documents that Sofco produced to
21          the Fund that relate to grievances in the
22          company's records involving assignment of work
23          to forklift operators.  I'm going to start
24          with Exhibit S.  And Exhibit S is a grievance
```

WWW.CINTELCORPORATION.COM          E-Mail    CINTELCO@GMAIL.COM

CIN-TEL CORPORATION
PH: 513-621-7723                                                    FX: 513-263-9023

Page 86

```
 1        form.  There is a reference to a steward

 2        Justin Gabbard.  So Justin Gabbard is an

 3        employee of Local 18, correct?

 4   A    You're saying -- yeah, he's a business rep, if

 5        you're talking about Exhibit S.

 6   Q    Yes, I'm talking about Exhibit S.

 7   A    Yes, he's the business representative.

 8   Q    In District 4-5?

 9   A    Yes.

10   Q    So now I'm going to ask you to turn all the

11        way back to Exhibit D.

12   A    Do you have the tab number?

13   Q    That is Tab 2.  And it is the last few pages

14        of Tab 2.  Well, no, I'm sorry, it's not the

15        last few pages.

16             MR. FADEL:        It's 00193.

17             MR. GREENBERG:    Thank you.

18   Q    All right.  So the second entry on Exhibit D,

19        first page refers to an ironworker running a

20        RT forklift on Aero Parkway, Florence,

21        Kentucky.  Did you see that it says that  on

22        3-13-2017.

23   A    Uh-huh.

24   Q    And then you turn all the way back to Tab 14
```

CIN-TEL CORPORATION

PH:  513-621-7723                                        FX:  513-263-9023

Page 87

```
 1          and you see a grievance form that's dated

 2          3-15-2017, and it appears to be a reference to

 3          the same matter.  Do you agree with that?

 4     A    Yes.

 5     Q    Do you have any personal knowledge as to how

 6          this matter was handled and how it was

 7          resolved?

 8     A    Yes, I believe I do.

 9     Q    Okay.  Tell me what you recall.

10     A    Personal knowledge or based on what I see on

11          the paper right here?

12     Q    Well, both.

13     A    Okay.  Well, down at the bottom, about half of

14          it is obscured at the bottom where it's

15          handwritten, but if you look at the last

16          sentence, which is kind of in the middle of

17          the bottom line, it looks like it says

18          "Company agreed to put a company operator on

19          forklift until" something.  And then it looks

20          like that might be Mr. Hesford's signature

21          next to that there.

22     Q    All right.  And again, in addition to what you

23          just read or summarized, do you have any other

24          recollection about how this matter was
```

CIN-TEL CORPORATION

PH: 513-621-7723                                              FX: 513-263-9023

Page 88

1          handled?

2    A     No.

3    Q     All right.  Now, I'd like you to look at

4          Exhibit T.  That's the next page.  And Exhibit

5          T is a letter dated February 9, 2017 to

6          Mr. Richard Hobbs.  It's a request for a Step

7          2A grievance hearing, and it appears to be

8          signed by Thomas P. Byers.  Do you have any

9          recollection of what this matter was about?

10   A     There is an agreement but the district didn't

11         reach a resolution with the Employer and

12         following the grievance procedure the next

13         step if we can't agree at Step 2 is when the

14         business rep, district rep and the Employer

15         meet to try to come up with a resolution.

16         There was no resolution forthcoming so the

17         next step is 2A of the grievance procedure

18         which is that I will meet with someone from

19         the AGC, in this case Mr. Hobbs, and have some

20         discussions about the grievance.

21   Q     So let me step back a second and ask you about

22         the Step 2 meeting.  Did you attend that

23         meeting?

24   A     The Step 2 meeting?

CIN-TEL CORPORATION

PH:  513-621-7723                                          FX:  513-263-9023

Page 89

```
 1    Q    The one that involves this matter?

 2    A    That's Step 2A.

 3    Q    I'm sorry.  The one before Step 2A?

 4    A    The one before Step 2A I did not attend.

 5    Q    Do you know who did?

 6    A    We can go back and look on the form on the

 7         prior page and see if it tells me.

 8    Q    I think that's a different matter because the

 9         prior page, it's dated 3-15-2017.

10    A    Okay.  So we need to find the grievance form

11         that was sent along with this letter, because

12         I assume it was part of the document that was

13         provided because the Bates number at the

14         bottom of this one is different from the Bates

15         number -- you know, there is two Bates numbers

16         on the next one so it looks like we've got

17         enclosed is a grievance.  I would have

18         enclosed the grievance with the letter.

19    Q    Okay.  I believe I might have separated

20         documents that should have been combined into

21         a single exhibit, but that's okay.  So let's

22         look at the next page which we've marked as

23         Exhibit U.  And then there are a couple of

24         pages after that including the grievance form.
```

Page 90

```
 1          So let's take a look at Sofco 1176.  That's
 2          the grievance.
 3              So when we look at the grievance form
 4          you'll see that it's dated 1-26-2017.  I'm
 5          going to read the statement of facts out loud.
 6          "Sofco Erectors, Inc. has assigned someone
 7          other than an operating engineer on two
 8          forklifts beginning on January 24, 2017, at
 9          the hotel project on Hetzel Street,
10          Cincinnati."  And you'll see it's signed by
11          Justin Gabbard.  Do you recognize his
12          signature?
13   A      Yes.
14   Q      And he was a business representative for Local
15          18 at that time?
16   A      Yes.
17   Q      And do you have any recollection of what this
18          grievance was about and how it was handled?
19   A      Well, it appears that it was about there was
20          -- someone other than an operator was assigned
21          to two forklifts on a project and Mr. Gabbard
22          filed a grievance because someone other than
23          an operator was assigned.  That's what it's
24          about.
```

CIN-TEL CORPORATION
PH:  513-621-7723                                      FX:  513-263-9023

Page 91

1   Q     Let's look at the next page.  Perhaps this
2         will refresh your recollection.
3               And I do realize now that these were
4         produced by both Sofco and the Fund so there
5         are actually a few pages in Tab 18 that were
6         produced by Local 18 and produced by the Fund
7         and we produced them as well.
8               So looking at the document that is
9         numbered 00E142 and Sofco 1177, you'll see at
10        the top it says "from."  And I'm not sure I
11        can read that.  It says, "Produced by Operator
12        718.  And it's a summary, Sofco Erectors,
13        Inc., 1-24-2017.  Do you recognize this
14        document?
15  A     I recognize that there is writing on it that
16        wasn't on there when it was provided.
17             MR. FADEL:      I think that's your
18        clients's writing.
19             MR. HESFORD:    That's is my
20        handwriting.
21  A     The bottom is mine.
22             MR. HESFORD:    It's just, yeah, we
23        were trying to sort out --
24  A     This was probably provided from Al, I would

CIN-TEL CORPORATION

PH: 513-621-7723                                    FX: 513-263-9023

Page 92

```
 1            assume, to you guys.  That's where this
 2            document comes from.
 3    Q       Yes.
 4    A       So you provided our document back to us.
 5    Q       Looks that way.  So you can identify this as a
 6            document that came from your file, other than
 7            the handwritten notes at the very top,
 8            correct?
 9    A       I'm reading here.  Give me just a few minutes
10            if you would.  Yes.
11    Q       All right.  So let's talk about what we have
12            here.  And I'll start with the reference to
13            two forklifts being operated by someone other
14            than an operating engineer.  To your knowledge
15            were these forklifts being operated by members
16            of the Ironworkers Union or individuals who
17            were not members of the Ironworker Union or do
18            you know one way or the other?
19    A       I do not know.
20    Q       So when I read through this summary and I go
21            all the way to the bottom, it appears that
22            this matter was not resolved with the company,
23            correct?
24    A       That's correct.
```

Page 93

1    Q    Okay.  And when we turn back -- now, let's

2         turn back to Exhibit T, which is your letter

3         to Hobbs.  Exhibit T refers to the grievance

4         that is included and described in Exhibit U;

5         correct?

6    A    You're throwing me off on all the letters

7         here.

8    Q    I'm sorry.

9    A    Are you talking Exhibit U now?

10   Q    I want you to look at Exhibit T.

11   A    Yes.

12   Q    And you'll see the first sentence in your

13        letter to Mr. Hobbs says, "Enclosed is a

14        grievance filed by Middletown Business

15        Representative Justine Gabbard," et cetera.

16        Does that refer to the grievance that is

17        included in Exhibit U?  I'm going to refer to

18        it as the Hetzel Street grievance.

19   A    Yeah, you're throwing me off because of the

20        differing numbers on it.  That's all.

21   Q    I understand.

22   A    Yes, it looks like, based upon the February 8

23        letter in Exhibit U, Mr. Jeff Powell, district

24        representative, sent that along with the

CIN-TEL CORPORATION

PH:  513-621-7723                                    FX:  513-263-9023

Page 124

BEFORE THE AMERICAN ARBITRATION ASSOCIATION

--|--

Case No. 01-18-0001-3790

--|--

Sofco Erectors, Inc.,

                              Employer,

                    and

Ohio Operating Engineers Pension Fund,

                              Fund.

--|--

Deposition of:    THOMAS P. BYERS
                  Volume II

Date and Time:    Friday, November 2, 2018
                  1:10 p.m.

Place:            Vorys, Sater, Seymour &
                    Pease, LLP
                  52 East Gay Street
                  Columbus, Ohio

Reporter:         Maria DiPaolo Jones, RDR, CRR
                  Notary Public - State of Ohio

--|--

Page 133

1    jurisdictional documents and had things related to
2    the joint board of jurisdictional disputes that you
3    had questioned me about at deposition and looked in
4    there.
5        Q.    And what else was in that drawer that
6    relates to jurisdiction?  What other papers were in
7    there?
8        A.    Well, there was probably another hundred
9    documents in there.
10       Q.    And can you give me just a general idea of
11   the subject matters covered by these hundred pages of
12   documents?
13       A.    Similar letters to these from and to other
14   trade unions.
15       Q.    Was there anything else in that drawer
16   relating to jurisdictional agreements or
17   jurisdictional disputes between Operating Engineers
18   and Ironworkers other than Exhibits EE, FF, and GG?
19   Anything else?
20       A.    Not that I'm aware of.
21       Q.    All right.  Let's take a closer look at
22   Exhibit EE.  So first just a very basic question.  I
23   see that Exhibit EE purports to be an agreement
24   between an entity called International Union of

Page 134

1    Operating Engineers and another entity called
2    International Association of Bridge, Structural and
3    Ornamental Iron Workers.  What is the relationship
4    between your organization, I'm going to call it
5    "Local 18," and the entity that is referenced here,
6    International Union of Operating Engineers?
7        A.    Local 18 is an affiliate local of the
8    International Union of Operating Engineers.
9        Q.    So can you explain a little bit more about
10   what it means to be an affiliate?  What is the legal
11   relationship between Local 18 and the International
12   Union of Operating Engineers?  Do you have bosses at
13   the International Union of Operating Engineers?  I
14   mean, is there somebody there that you report to, or
15   is it more like a relationship of equals?  Or explain
16   to me, what's the reporting relationship between
17   Local 18 and the international?
18       MR. KINZER:  I'm going to object to the
19   extent that your question, can he provide a legal
20   opinion, you asked for the legal relationship.
21       MR. GREENBERG:  Well, yes.
22       Q.    But your understanding of the
23   relationship.
24       A.    On a day-to-day basis I don't have to

Page 135

1    report any of my actions to the international.
2        Q.    So let's take, for example, your Local 18
3    contract with the Associated General Contractors of
4    Ohio, and so when Local 18 enters into negotiations
5    with the AGC of Ohio, are you -- is your organization
6    in control of those negotiations from the union side,
7    or do you have to submit to the wishes of the
8    international in terms of those negotiations?  Who's
9    making the decisions at the bargaining table, Local
10   18 or the international?
11       A.    I would say that it is Local 18.  I think
12   if we got too far sideways from our charter, our
13   international would want to have an explanation of
14   it.
15       Q.    But as far as who's sitting at the
16   bargaining table with the AGC of Ohio, it's Local 18,
17   not the international, correct?
18       A.    That's correct.
19       Q.    Do you hold any officer position with the
20   international?
21       A.    No.
22       Q.    Have you ever?
23       A.    I served on a committee at our
24   international convention last year.

Page 136

1        Q.    And what was that committee?
2        A.    It was a -- I'm trying to give you the
3    proper name of it -- a officers' reports committee.
4        Q.    Is that the only role you've played with
5    the international?
6        A.    Yes.
7        Q.    What position at the international is the
8    chief executive?  Is it the general president, or is
9    there a different position that actually is the
10   highest level officer at the international?
11       A.    I think the general president would be
12   considered like a CEO, but there is a general
13   executive board that guides.
14       Q.    That's like the board of directors?
15       A.    Sure.
16       Q.    And the general president is the chief
17   executive officer?
18       A.    Yes.
19       Q.    And, as far as you know, that's always
20   been true?
21       A.    As far as I know.
22       Q.    So this document that's been marked as
23   Exhibit EE, if we look at the last page, we'll see
24   that there's a date on there, August 19, 1970.  And

4  (Pages 133 to 136)

CIN-TEL CORPORATION
PH: 513-621-7723                                    FX: 513-263-9023

---

Page 137

1  of course you were not involved with Local 18 at that
2  point in time, correct?
3      A.   I wasn't born by August 19th of 1970.
4      Q.   I'm feeling old.
5           Again, looking at this last page, 567,
6  that's the control number in the bottom right-hand
7  corner, I notice that under the heading for the
8  signature lines International Union of Operating
9  Engineers, I see the name Hunter P. Wharton, General
10 President. As far as you know, he was the general
11 president of the International Union of Operating
12 Engineers in August of 1970? To the best of your
13 knowledge.
14     A.   My knowledge consists of what's on this
15 piece of paper in front of me about whether
16 Mr. Wharton was the general president, and I have to
17 assume by the fact that his name is on the bottom of
18 the documents he was.
19     Q.   Do you have any other copies of this
20 document that would actually have his signature on
21 it?
22     A.   I do not.
23     Q.   So do you have any knowledge as to whether
24 this document actually could have been effected

---

Page 138

1  without the general president's signature?
2           MR. FADEL: I'm going to object. Go ahead
3  and answer.
4      Q.   Do you know one way or the other?
5      A.   I'm going to assume that a document like
6  this was probably circulated amongst all the parties
7  and I have a document that wasn't signed by the two
8  folks that probably resided in Washington, DC.
9      Q.   But you have no personal knowledge one way
10 or the other as to whether it was ever signed by
11 Mr. Wharton, correct?
12     A.   I do not.
13     Q.   To your knowledge, was this document, and
14 again we're looking at Exhibit EE, to your knowledge,
15 was this document ever provided to Sofco?
16     A.   Not to my knowledge.
17     Q.   To your knowledge, was this document ever
18 provided to the Associated General Contractors of
19 Ohio?
20     A.   Not that I'm aware of.
21     Q.   I'd like you to turn to page 2 of this
22 document, and this is the one that has the control
23 number 563 in the bottom right-hand corner, and I'm
24 going to ask you to look at the first two sentences

---

Page 139

1  at the top, and there's a heading above these
2  sentences that reads Roman numeral I - Forklifts. So
3  I'm going to read those two sentences out loud. "The
4  operation of forklifts shall be the work of Operating
5  Engineers. Rigging in connection with the forklifts
6  shall be the work of the Iron Workers."
7           So based on your knowledge of what goes on
8  on construction sites what's your interpretation of
9  that second sentence? What is meant -- let me
10 rephrase that.
11          What's your understanding of the phrase
12 "Rigging in connection with the forklifts"?
13     A.   That would be taking rigging materials and
14 putting them around whatever the load would be or
15 attaching them to the load and then attaching them to
16 a lift point on the forklift.
17     Q.   Anything else?
18     A.   No, I think that would encompass my
19 understanding of it.
20     Q.   All right. Let's take a look at Exhibit
21 FF. So this is a letter dated July 6, 1990, and on
22 the second page it looks like there's a signature by
23 a Frank Hanley, General President. Are you familiar
24 with Mr. Hanley?

---

Page 140

1      A.   Vaguely.
2      Q.   Do you have any knowledge or recollection
3  as to when his term as general president ended?
4      A.   I do not.
5      Q.   And I'm going to assume, based on an
6  earlier answer about your date of birth, that as of
7  July 6, 1990, you were not employed by the Operating
8  Engineers Local 18 at that time.
9      A.   No.
10     Q.   Am I correct about that?
11     A.   You are correct.
12     Q.   So other than the fact that you found
13 Exhibits EE and FF in a drawer in your office do you
14 have any evidence that Exhibit EE is a true and
15 correct -- a true and accurate copy of a
16 jurisdictional agreement between the International
17 Union of Operating Engineers and the International
18 Association of Bridge, Structural and Ornamental Iron
19 Workers?
20          MR. FADEL: Objection. You can answer.
21     A.   I'm not a document expert. I couldn't
22 tell you one way or the other if that's a true and
23 accurate copy of it.
24     Q.   Looking at Exhibit FF, I'm going to read

---

5 (Pages 137 to 140)



# International Union of Operating Engineers

LOCAL 18 AND ITS BRANCHES • SERVING THE FORMER DISTRICT 4 AND 5 OFFICES

8401 CLAUDE THOMAS ROAD STE. 21A • FRANKLIN, OH 45005-1476

(937) 806-0406          FAX: (937) 806-0408

Office of
District No. 4/5

October 23, 2013

Mr. Richard Dalton, President
I.U.O.E. Local 18 Headquarters
3515 Prospect Avenue
Cleveland OH 44115-2619

RE: Grievance Dated 6/25/13

Dear Sir and Brother,

The grievance dated 6/25/13 with Sofco Erectors Inc. over not abiding by the terms and conditions of the AGC of Ohio Building Agreement, May 8, 2013 through April 30, 2017, Article II, para. 22, as it relates to fork lifts. The company agreed to pay twenty (20) hours wages and fringes to the first qualified registered applicant.

We consider the grievance closed.

If you have any questions, please feel free to call.

Fraternally yours,

Stanley E. Brubaker
Business Representative

/db



OOE-000154

Fax from :                                    10-10-13 08:12a   Pg: 1

# GRIEVANCE FORM

2-90

**NAME OF STEWARD OR BUSINESS REPRESENTATIVE**  STANLEY BRUBAKER

**CONTRACTOR**  SOFCO ERECTORS INC.

**MEMBER'S NAME**

**MEMBER'S ADDRESS**

**DATE**  6/25/13

**LOCATION OF JOB**  MIAMI UNIVERISTY

**MEMBER'S HOME PHONE INCLUDING AREA CODE**

**AGENT COVERING JOB**  STANLEY BRUBAKER

**DISTRICT NO.**  4

**STATEMENT OF FACTS**  BREACH OF CONTRACT, SOFCO ERECTORS INC. IS NOT ABIDING BY THE TERMS AND CONDITIONS OF THE AGC OF OHIO BUILDING AGREEMENT, MAY 8, 2013 THROUGH APRIL 30, 2017, ARTICLE II PARA. 22 AS IT RELATES TO FORKLIFTS.

**RESOLUTION:**  COMPANY TO PLACE WORK ORDER AND PAY THE FIRST QUALIFIED REGISTERED APPLICANT FROM THE REFERRAL ALL APPLICABLE WAGES AND FRINGE BENEFITS FROM THE FIRST DAY OF VIOLATION.

**WHICH AGREEMENT HERE AFFECTED**  AGC OHIO BUILDING AGREEMENT
(Highway, Sewer, Building, Pipeline, etc.)

**WHICH ARTICLE OF AGREEMENT AFFECTED**  ARTICLE II, PARA. 22

Signature of Steward or Business Representative

Signature of Member

**DISPOSITION AND DATE STEP 1:** ON 6/24/13 B.A. STAN BRUBAKER SPOKE WITH FOREMAN PETE LEONARD; NO RESOLUTION.

**DISPOSITION AND DATE STEP 2:** ON 6/25/13 WROTE UP GRIEVANCE AND FAX TO COMPANY.

10-10: _Company at fill in place work order and pay qualified applicant from referral 20 hour wage + fringes to settle grievance_ ADDED TO 89

Form No.2

OOE-000155

SOFCO ERECTORS, INC.
WOODLAWN, OHIO 45215

**413442**

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 20.00 | | 31.44 | 628.80 | | 2.00 | | | SAFETY | 10/14/13 to 10/20/13 |

No.   413442

TOTAL PAY

628.80

| DEDUCTIONS THIS PERIOD | | | | | | | | | TOTAL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| FWH | 56.89 | MED | 9.12 | SOC | 38.99 | OHSWH | 14.33 | DUES % 18.86 | 138.19 |

| EMPLOYEE INFORMATION | YEAR-TO-DATE TOTALS | | | | | NET PAY |
|---|---|---|---|---|---|---|
| RANDY A. HURSELL | GROSS | 628.80 | FICA | 48.11 | KY .00 | 490.61 |
| XXX-XX-2260   HURSR | FWH | 56.89 | OHIO | 14.33 | IN .00 | |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

THIS CHECK IS VOID IF MICRO PRINT SIGNATURE LINE IS UNREADABLE UNDER MAGNIFICATION.

**SOFCO ERECTORS, INC.**
10360 WAYNE AVENUE
CINCINNATI, OHIO 45215
TELEPHONE (513) 771-1800

NORTH SIDE BANK AND TRUST   13-53/420   **413442**

**PAYROLL CHECK**

Pay:

*****************************Four hundred ninety dollars and 61 cents

| | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| | 10/23/2013 | 413442 | $*****490.61** |

PAY TO THE ORDER OF

RANDY A. HURSELL
5006 DENISON DR
FAIRFIELD, OH   45014

VOID IF NOT CASHED WITHIN 90 DAYS

John Hald
SOFCO ERECTORS, INC.

THE FACE OF THIS CHECK HAS A SECURITY VOID BACKGROUND PATTERN - DO NOT CASH IF THE WORD VOID IS VISIBLE.

⑈413442⑈ ⑆042000550⑆ 20014506⑈

*Rody Hurs*

10-23-13



# *International Union of Operating Engineers*

### LOCAL 18 AND ITS BRANCHES • SERVING OHIO

THIRTY-FIVE FIFTEEN PROSPECT AVENUE • CLEVELAND, OHIO 44115-2648

(216) 432-3138        FAX: (216) 432-0370

Thomas P. Byers
President

November 7, 2016

Mr. Timothy R. Fadel
Wuliger, Fadel & Beyer
The Brownell Building
1340 Sumner Court
Cleveland, Ohio 44115-2851

**IN RE:  SOFCO ERECTORS GRIEVANCE SETTLEMENT**

Dear Mr. Fadel:

The enclosed information, in regards to the above captioned matter, is for your files and
information.

Sincerely yours,

Thomas P. Byers
President

TPB/pjn
Enclosure(s)



EXHIBIT
P
Employer

OOE-000157

**Summary**
**Sofco Erectors**
**Grievance Dated 7/12/16**


July 11, 2016
Business Rep. Jason Baker made a job site visit to Sofco Erectors on Byers Rd., in Miamisburg, Ohio. Observed someone other than an operator performing forklift work on the project.  Business Rep. Jason Baker spoke with foreman Scott Robkin. No resolution at this time.

July 11, 2016
Business Rep. Jason Baker spoke with John Hesford with Sofco Erectors. John Stated that Sofco has assigned forklifts to Ironworkers. He also stated that not just anybody could run a forklift and not tear it up.

July 12, 2016
Faxed grievance to company.

July 22, 2016
Step 2 meeting with District Representative Gary Marsh, Business Representative Jason Baker, and John Hesford with Sofco Erectors. No resolution at this time.

August 10, 2016
District Representative Gary Marsh met with John Hesford. Company agrees to place work order and hire first two (2) qualified 1st year apprentices from the District 4/5 referral and pay each a minimum of 24 hours to settle grievance.

September 9, 2016
Mike House with Sofco Erectors placed 1 work order for 1 apprentice.

September 15, 2016
Brittany Winkler received her pay check at her residence.

October 21, 2016
John Hesford with Sofco Erectors placed one (1) work order for 1st year apprentice.

October 28, 2016
Kimberly Russell signed for her check at District 4/5 office.

OOE-000158

10/31/2016 10:42    #132 P.003/007

From:

# GRIEVANCE FORM

DATE: 7/12/2016

NAME OF STEWARD OR
BUSINESS REPRESENTATIVE    Jason Baker

CONTRACTOR    Sofco Erectors

LOCATION OF JOB    Byers Road, Miamisburg, OH

MEMBER'S NAME

AREA CODE

MEMBER'S ADDRESS

AGENT COVERING JOB    Jason Baker

DISTRICT NO.    4/5

STATEMENT OF FACTS:    Sofco Erectors has assigned someone other than an operating engineer on forklift beginning on 7-11-16 at
Byers Road, in Miamisburg, Ohio.

RESOLUTION SOUGHT:    The employer's penalty shall be to pay the first two qualified registered applicants in the District 4/5 referral the applicable wages
and fringe benefits from the fist day of violation until project completion.

WHICH AGREEMENT HERE AFFECTED    2015 - 2017 AGC of Ohio Building Agreement
(Highway, Sewer, Building, Pipeline, Etc.)

WHICH ARTICLE OF AGREEMENT AFFECTED    Article II, Para. 22
Exhibit A Zone III Group C

_____
Signature of Steward or Business Representative

_____
Signature of Member

DISPOSITION & DATE STEP 1:    Business Rep. Jason Baker met with foreman Scott Roblin on 7-11-16. No resolution.
Business Rep. Jason Baker spoke with John Herford. No resolution.

DISPOSITION & DATE STEP 2:    On July 22, 2016 District Representative Gary Marsh and Business Representative Jason Baker
met with John Hesford with no resolution. On August 10, 2016 District Representative Gary Marsh met with John
Hesford. Company agrees to place work order and hire the first two qualified 1st year apprentices from the referral
and pay each a minimum of 24 hours to settle grievance.

Agreed:  _____
         By Union

Agreed:  _____
         By Company

OOE-000159

From:                                          10/31/2016 10:43    #192 P.004/007

WARREN CTY        **ORDER**

SEP 9 16  2:45PM

Contractor    SOFCO ERECTORS

Location of Job MAIN ST. LEBANON, OHIO

Date: Report   MON 9/12/16          Time 7:30A  M

Make of Machine   FORKLIFT

Type of Work

Operator 1ST YR APPRENTICE

FORK CERT

Brittany Winkler  9·7·16  11:18    SEP 9 16  3:45PM

ATLEAST 24 HOURS

GRIEVANCE SETTLEMENT

Order Given By   MIKE HOUSE

Telephone No.    513-383-7796

Date 9-9-16      Time 2:41        Per G MARSH

Form No. 21

OOE-000160

From:
Fax from  : 513 771 5498

10/31/2016 10:48    #132 P.005/007
09-26-16 01:47p    Pg: 2

| EMPLOYEE WINKB | | BRITTANY K. WINKLER | | | ***-**-5660 | Check 309591 | | 09/15/16 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Dates: 09/12/16-09/18/16 | |
| Hrs/earnings | Current | | YTD Deduction | Current | Ytd Deduction | Current | | YTD |
| Reg Hrs | 24.00 | | 24.00 FIT | 45.99 | 45.99 FRINGES | | | |
| | | | FICA | 37.27 | 37.27 AGC FEE | 3.60 | | 3.60 |
| REG | 487.20 | | 487.20 OH | 9.84 | 9.84 APPR & TRN | 18.00 | | 18.00 |
| | | | LEBANON | 4.87 | 4.87 EDUC & SAF | 2.16 | | 2.16 |
| | Hours | | Pay Rate PEP Local | 2.40 | 2.40 H&W | 183.84 | | 183.84 |
| REG | 24.00 | | 20.30 UNION DUES | 14.62 | 14.62 IAP/AGC | 4.80 | | 4.80 |
| | | | | | PENSION | 144.00 | | 144.00 |

| | Current | YTD | | TOT DED | 114.99 | 114.99 |
|---|---|---|---|---|---|---|
| GROSS $ | 487.20 | 487.20 | | NET PAY | 372.21 | 372.21 |
| CURRENT PAY | 487.20 | | | | | |

309591

Copy of Check - VOID VOID

09/15/16        V O I D

BRITTANY K. WINKLER
601 PINTA AVE
MIDDLETOWN, OH 45044

| WINKB - BRITTANY K. WINKLER | | | | | | |
|---|---|---|---|---|---|---|
| | <------ Regular ------> | | | <----- Overtime -------> | | |
| | Hours | Rate | Earnings | Hours | Rate | Earnings |
| Hourly Wage | 24.00 | 20.30 | 487.20 | 0.00 | 30.45 | |

OOE-000161

From:                                          10/31/2016 10:44          #132 P.007/007

SOFCO ERECTORS, INC.                                                           43305

| EMPLOYEE RUSSK | KIMBERLY S. RUSSEL | | | ***-**-9741  Check 43305   10/27/16 |
| | | | | Dates: 10/24/16-10/30/16 |

| Hrs/Earnings | Current | YTD Deduction | Current | Ytd Deduction | Current | YTD |
|---|---|---|---|---|---|---|
| Reg Hrs | 24.00 | 24.00 FIT | 34.31 | 34.31 FRINGES | | |
| | | FICA | 37.27 | 37.27 AGC FEE | 3.60 | 3.60 |
| REG | 487.20 | 487.20 OH | 9.43 | 9.43 APPR & TRN | 18.00 | 18.00 |
| | | FLORENCE | 9.74 | 9.74 EDUC & SAF | 2.16 | 2.16 |
| | Hours | Pay Rate PEP Local | 2.40 | 2.40 H&W | 183.84 | 183.84 |
| REG | 24.00 | 20.30 UNION DUES | 14.62 | 14.62 IAP/AGC | 4.80 | 4.80 |
| | | PENSION | | | 144.00 | 144.00 |

| | Current | YTD | | | | |
|---|---|---|---|---|---|---|
| | | | | TOT DED | 107.77 | 107.77 |
| GROSS $ | 487.20 | 487.20 | | NET PAY | 379.43 | 379.43 |
| CURRENT PAY | 487.20 | | | | | |

---

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES COLOR, PRINTED EMBOSSMENT LINES AND ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

SOFCO ERECTORS, INC.
10350 WAYNE AVENUE
CINCINNATI, OH 45215
513-771-1600

NORTH SIDE BANK & TRUST
4125 HAMILTON AVENUE
CINCINNATI, OH 45223
13-55/420

43305

CHECK NO.

43305

DATE                AMOUNT

****THREE HUNDRED SEVENTY NINE DOLLARS AND 43 CENTS*****

10/27/16          **********379.43

PAY
TO THE
ORDER
OF

KIMBERLY S. RUSSEL
737 GRAY OAK DR
TROTWOOD, OH 45426

SOFCO ERECTORS, INC.
VOID AFTER 90 DAYS

Caroline Riley
AUTHORIZED SIGNATURE

⑈043305⑈ ⑈042000550⑈          200518 17⑈

---

SOFCO ERECTORS, INC.                                                           43305

RUSSK - KIMBERLY S. RUSSEL

| | <------ Regular ------> | | | <----- Overtime ------> | | |
|---|---|---|---|---|---|---|
| | Hours | Rate | Earnings | Hours | Rate | Earnings |
| Hourly Wage | 24.00 | 20.30 | 487.20 | 0.00 | 30.45 | |

COPY

SIGNATURE: K-berly Russell                DATE: 10-28-16

OOE-000162

From:                          10/31/2016 10:43        #132 P.006/007

*Boone Cty*

## ORDER

OCT 21 16 105708

Contractor    SOFCO ERECTORS

Location of Job 7 HILLS CHURCH

6800 HAZEL CT. FLORENCE KY

Date: Report    WED    10/26/16    Time 7:00A M

Make of Machine FORKLIFT

Type of Work

Operator    1ST YR APPRENTICE

*Kimberly Russell 10.12.16 2:30*

DARRELL SALEE  513-200-3690

GRIEVANCE SETTLEMENT

OCT 24 16  9:23AM

Order Given By  JOHN

Telephone No.   513-615-5092

Date 10-21-16    Time  11:37    Per

Form No. 21

OOE-000163

~~~~~~~ 2-90

**EXHIBIT**

S

Employer

PEN-GAD 800-631-6989

## GRIEVANCE FORM

**NAME OF STEWARD OR BUSINESS REPRESENTATIVE** ___Justin Gabbard___

**DATE** ___3/15/2017___

**CONTRACTOR** ___Sofco Erectors, Inc.___

**LOCATION OF JOB** ___Aero Parkway, Florence KY___

**MEMBER'S NAME** _____

**MEMBERS HOME PHONE INCLUDING**

**AREA CODE** ___937-806-0406___

**MEMBER'S ADDRESS** _____

**AGENT COVERING JOB** ___Justin Gabbard___

**DISTRICT NO.** ___4/5___

**STATEMENT OF FACTS:** Sofco Erectors, Inc has assigned someone other than an Operating Engineer on a Rough Terrain Forklift. Beginning on 03/13/2017 at the Aero Parkway in Florence, KY.

**RESOLUTION SOUGHT:** To pay the first qualified registered applicant in the District 4/5 referral the applicable wages, and fringe benefits from the first day of violation, until project completion.

**WHICH AGREEMENT HERE AFFECTED** (Highway, Sewer, Building, Pipeline, Etc.)
___2013-2017 AGC of Ohio___
___Building Agreement___

**WHICH ARTICLE OF AGREEMENT AFFECTED** ___ARTICLE II, PARA. 22___
___SCHEDULE II, CLASS C___

**DISPOSITION & DATE STEP 1:** Business Representative Justin Gabbard met with foreman Pete Leonard on 3/13/17. No resolution. Business Representative Justin Gabbard spoke with company representative John Hesford on 3/14/17. No resolution.    SOFCO001173

_Justin Gabbard_ / _Justin Gabbard_
Signature of Steward or Business Representative

Signature of Member

step 2. On 3-16-17 Business Representative Justin Gabbard spoke with company representative John Hesford at 6:30am and stated he would Return to office to meet. at 3:30pm Business Representative John Hesford and District Representative Jeff Campbell arrived at company office to meet John Hesford's Did not Return to Office Leaving Representative John Gabbard and District Representative Jeff Powell contacted left message, no return calls, Fax Greivance to Company, no resolution Representative John Gabbard and District Representative Jeff Powell met with company and John Hesford. company agreed to pay complaint grievant for ... [illegible]



# *International Union of Operating Engineers*

LOCAL 18 AND ITS BRANCHES · SERVING OHIO

THIRTY-FIVE FIFTEEN PROSPECT AVENUE · CLEVELAND, OHIO 44115-2648

(216) 432-3138          FAX: (216) 432-0370

Thomas P. Byers
President

February 9, 2017

via email rjh@agcohio.com and U. S. Mail

Mr. Richard Hobbs
Executive Vice President
Labor Relations Division
AGC of Ohio
1755 Northwest Boulevard
Columbus, Ohio 43212

RE:  REQUEST FOR STEP 2A GRIEVANCE HEARING

Dear Mr. Hobbs:

Enclosed is a grievance filed by Middletown Business Representative Justin Gabbard against *Sofco Erectors, Inc. ("Sofco")* who is in violation of Article II, paragraph 22, Schedule III, Group C of the 2013 – 2017 AGC of Ohio Building Agreement.

I am requesting that you contact me within five days from the date of this letter to schedule Step 2A of the grievance procedure to address the issue that Sofco assigned someone other than an operating engineer to operate two forklifts at the hotel project on Hetzel Street in Cincinnati, Ohio.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Thomas P. Byers
President

TPB/pjn
Enclosure(s)
C: Mr. Richard E. Dalton, Business Manager
    Mr. Jefferson Powell, District Representative
    Mr. Justin Gabbard, Business Representative



SOFCO001174





# *International Union of Operating Engineers*

### LOCAL 18 AND ITS BRANCHES • SERVING THE FORMER DISTRICT 4 AND 5 OFFICES
8860 TOWNE BLVD. • FRANKLIN, OH 45005-5593

(937) 806-0406       FAX: (937) 806-0408

Office of
District No. 4/5

February 8, 2017

Mr. Thomas Byers, President
I.U.O.E. Local 18 Headquarters
3515 Prospect Avenue
Cleveland OH 44115-2619

RE: Sofco Erectors

Dear Sir and Brother,

We have not been able to reach a resolution regarding the Sofco Erectors grievance dated 01/24/2017 therefore I am recommending the grievance be referred to Step 2a.

Thank you for your consideration. If you need further information, please do not hesitate to call.

Fraternally,

Jeff Powell
District Representative

/mm

OOE-000141

SOFCO001175

Revision 2-90

# GRIEVANCE FORM

DATE _____ 1/26/2017

NAME OF STEWARD OR
BUSINESS REPRESENTATIVE _____ Justin Gabbard

CONTRACTOR _____ Sofco Erectors, Inc.

LOCATION OF JOB _____ Hetzel St., Cincinnati

MEMBER'S NAME _____

MEMBERS HOME PHONE INCLUDING
AREA CODE _____ 937-806-0406

MEMBER'S ADDRESS _____ 3860 Town Blvd., Franklin OH 45005

AGENT COVERING JOB _____ Justin Gabbard

DISTRICT NO. _____ 4/5

STATEMENT OF FACTS:
SOFCO ERECTORS, INC HAS ASSIGNED SOMEONE OTHER THAN AN OPERATING ENGINEER ON TWO (2) FORKLIFTS  BEGINNING ON
JANUARY 24, 2017 AT THE HOTEL PROJECT ON HETZEL ST., CINCINNATI.

RESOLUTION SOUGHT:       THE EMPLOYER'S PENALTY SHALL BE TO PAY THE FIRST QUALIFIED REGISTERED APPLICANTS IN THE
DISTRICT 4/5 REFERRAL THE APPLICABLE WAGES AND FRINGE BENEFITS FROM THE FIRST DAY OF VIOLATION UNTIL PROJECT
COMPLETION.

WHICH AGREEMENT HERE AFFECTED      AGC of Ohio Building Agreement
(Highway, Sewer, Building, Pipeline, Etc.)        May 8, 2013 through April 30, 2017

WHICH ARTICLE OF AGREEMENT AFFECTED       ARTICLE II, PARA. 22
                                                          SCHDEDULE III, GROUP C

DISPOSITION & DATE STEP 1:      BUSINESS REPRESENTATIVE JUSTIN GABBARD MET WITH FOREMAN HERB McFARLAND ON 1/24/2017.

_Signature of Steward or Business Representative_ ___Justin Gabbard___

Signature of Member _____

NO DISPOSITION _Business Representative Justin Gabbard met with Supervisor Bill, J.R. Ravitt met with Foreman on 1-27-17_

DISPOSITION & DATE STEP 2: _no (violation) at Job site.  Gave Grievance to Job site/Personell_ /to O.B. Disc-Field work

Form No 2

SOFCO001176

01/30/2017  11:41      #387 P.002/008      From:

*From Jackson L*
*Produced By*
*Operators*
*7 | 18*

**Summary**
Sofco Erectors, Inc
1/24/2017

**January 24, 2017**
On a routine job site visit, Sofco Erectors is working at Hetzel St., in Cincinnati. I found two (2) forklifts being operated by someone other than an Operating Engineer. I spoke with the foreman, Herb McFarland, and he told me that he had to get with the company to see what they were going to do. No resolution.

**January 26, 2017**
I returned to the job site, and found that someone other than an Operating Engineer was still running the forklifts.

**January 27, 2017**
Step 2. Business Representative Justin Gabbard, and District Representative Jeff Powell met with foreman Herb McFarland, on the job site, to present grievance. No resolution. Both forklifts were still in operation with someone other than an Operating Engineer.

**January 31, 2017**
Called Jim Fondorf, and left a message.

**February 1, 2017**
Called Jim Fondorf, and left a message.

**February 2, 2017**
Called Jim Fondorf. Spoke with Fondorf but said to speak with John Hesford.

**February 2, 2017**
Called, and spoke with John Hesford regarding grievance. Hesford said he would get back with me.

**February 7, 2017**
Called John Hesford. Left a message.

John Hesford returned my call, and set up meeting.

Business Representative Justin Gabbard, and District Representative Jeff Powell met company representative John Hesford, with no resolution. Hesford stated that Sofco is done with the forklifts on this project.

Resolution desired: to pay the first two (2) qualified registered applicants, from the District 4/5 referral, each 80 hours wages, and fringes.

Recommend proceed to Step 2a meeting.

*Justin reported by Justin running*

Fax sent by : 19378060408        DISTRICT 4 & 5        08-26-16 03:55p   Pg: 1/2





International Union of Operating Engineers
Local 18
3860 Towne Blvd.
Franklin OH 45005
(937) 806-0406   (800) 452-1528   Fax: (937) 806-0408

# FAX

From

| To: | Sofco Erectors | To | |
|-----|----------------|-----|-----|
| Attn: | John Hesford | From: | Gary Marsh, District Representative |
| Fax: | 513-771-5490 | Pages: | 2 Total |
| Re: | Grievance | Date: | August 26, 2016 |

John,

Please sign at the bottom, and fax back to 937-806-0408.


Thank you,


Gary Marsh

**If this fax is not transmitted completely, please call.**

SOFCO001178

# GRIEVANCE FORM

Form 2-70

DATE 7/12/2018

**NAME OF STEWARD OR BUSINESS REPRESENTATIVE** Jason Baker

**CONTRACTOR** Sofco Erectors

**LOCATION OF JOB** Byers Road, Miamisburg, OH

**MEMBER'S NAME**

**MEMBER'S HOME PHONE INCLUDING AREA CODE**

**MEMBER'S ADDRESS**

**AGENT COVERING JOB** Jason Baker

**DISTRICT NO.** 4/5

**STATEMENT OF FACTS:** Sofco Erectors has assigned someone other than an operating engineer on forklifts beginning on 7-11-16 at Byers Road, in Miamisburg, Ohio.

**RESOLUTION SOUGHT:** The employer's penalty shall be to pay the first two qualified registered applicants in the District 4/5 referral the applicable wages and fringe benefits from the fist day of violation until project completion.

**WHICH AGREEMENT HERE AFFECTED**
(Highway, Sewer, Building, Pipeline, Etc.)
2013 - 2017 AGC of Ohio Building Agreement

**WHICH ARTICLE OF AGREEMENT AFFECTED**
Article II, Para. 22
Exhibit A Zone III Group C

_Signature of Steward or Business Representative_

_Signature of Member_

**DISPOSITION & DATE STEP 1:** Business Rep. Jason Baker met with foreman Scott Robkin on 7-11-16. No resolution. Business Rep. Jason Baker spoke with John Hesford. No resolution.

**DISPOSITION & DATE STEP 2:** On July 22, 2016 District Representative Gary Marsh and Business Representative Jason Baker met with John Hesford with no resolution. On August 10, 2016 District Representative Gary Marsh met with John Hesford. Company agrees to place work order and hire the first two qualified 1st year apprentices from the referral and pay each a minimum of 24 hours to settle grievance.

Form No 2

Agreed: _____
By Union

Agreed: _____
By Company

SOFCO001179

Fax sent by : 19378060408          DISTRICT 4 & 5          08-26-16 03:55p   Pg: 1/2





EXHIBIT
V
Employer

**International Union of Operating Engineers**
Local 18
3860 Towne Blvd.
Franklin OH  45005
(937) 806-0406    (800) 452-1528   Fax: (937) 806-0408

# FAX

From

| To: | Sofco Erectors | To | |
|---|---|---|---|
| **Attn:** | John Hesford | **From:** | Gary Marsh, District Representative |
| **Fax:** | 513-771-5490 | **Pages:** | 2 Total |
| **Re:** | Grievance | **Date:** | August 26, 2016 |

John,

Please sign at the bottom, and fax back to 937-806-0408.


Thank you,

Gary Marsh


**If this fax is not transmitted completely, please call.**

SOFCO001178

# GRIEVANCE FORM

Form 2-90

**NAME OF STEWARD OR BUSINESS REPRESENTATIVE** Jason Baker

**DATE** 7/12/2016

**CONTRACTOR** Sofco Erectors

**LOCATION OF JOB** Byers Road, Miamisburg, OH

**MEMBER'S NAME**

**MEMBER'S HOME PHONE INCLUDING AREA CODE**

**MEMBER'S ADDRESS**

**AGENT COVERING JOB** Jason Baker

**DISTRICT NO.** 4/5

**STATEMENT OF FACTS:** Sofco Erectors has assigned someone other than an operating engineer on forklifts beginning on 7-11-16 at Byers Road, in Miamisburg, Ohio.

**RESOLUTION SOUGHT:** The employer's penalty shall be to pay the first two qualified registered applicants in the District 4/5 referral the applicable wages and fringe benefits from the fist day of violation until project completion.

**WHICH AGREEMENT HERE AFFECTED** (Highway, Sewer, Building, Pipeline, Etc.,) 2013 - 2017 AGC of Ohio Building Agreement

**WHICH ARTICLE OF AGREEMENT AFFECTED** Article II, Para. 22
Exhibit A Zone II Group C

_____
Signature of Steward or Business Representative

_____
Signature of Member

**DISPOSITION & DATE STEP 1:** Business Rep. Jason Baker met with foreman Scott Robkin on 7-11-16. No resolution.
Business Rep. Jason Baker spoke with John Hesford. No resolution.

**DISPOSITION & DATE STEP 2:** On July 22, 2016 District Representative Gary Marsh and Business Representative Jason Baker met with John Hesford with no resolution. On August 10, 2016 District Representative Gary Marsh met with John Hesford. Company agrees to place work order and hire the first two qualified 1st year apprentices from the referral and pay each a minimum of 24 hours to settle grievance.

Form No.2

Agreed: _____ By Union

Agreed: _____ By Company

SOFCO0001179

MAR-11-2014 09:48 From:                    To:7612515            Page:1/3

# FROM LOCAL 18, DISTRICT 3
## 1188 DUBLIN RD.
## COLUMBUS, OH 43215
### (614) 486-5281
### FAX: (614) 486-7258



**EXHIBIT**
X
Employer

| | |
|---|---|
| **TO:** | Mike Talbert, Field Operations Manager |
| | SOFCO ERECTORS INC |
| **FROM:** | Chad Creeks, Business Representative |
| **SUBJECT:** | Grievance |
| **DATE:** | March 11, 2014 |
| **PAGES:** | 3 including cover |

Please review.

SOFCO001186

MAR-11-2014 09:48 From: To:7612515 Page:2/3

# GRIEVANCE FORM

NAME OF STEWARD OR
BUSINESS REPRESENTATIVE ___Chad C. Creeks___

DATE ___March 11, 2014___

CONTRACTOR ___SOFCO Erectors___

LOCATION OF JOB ___Delaware County
Powell, Ohio___

MEMBER'S NAME ___Chad C. Creeks___

MEMBER'S HOME PHONE INCLUDING AREA CODE
AREA CODE ___614-486-5281___

MEMBER'S ADDRESS ___1188 Dublin Road
Columbus OH 43215___

AGENT COVERING JOB ___Chad C. Creeks___

DISTRICT NO ___3___

STATEMENT OF FACTS ___During a routine job site visit on March 6, 2014 I discovered SOFCO Erectors, Inc. has breached the AGC Building___

___Agreement by assigning someone other than an Operating Engineer on a forklift at the Target Store construction___

___project in Powell, Ohio on Sawmill Road.___

RESOLUTION SOUGHT: ___As a result the employer has agreed to pay the first qualified registered applicant from the IUOE District 3 Referral___

___the applicable wages and fringes from the first day of the violation.___

WHICH AGREEMENT HERE AFFECTED
(Highway, Sewer, Building, Pipeline, etc.) ___AGC Building Agreement___

WHICH ARTICLE OF AGREEMENT AFFECTED ___Article II, Paragraph 20 & 22___

_[signature]_
Signature of Steward or Business Representative

_[signature]_
Signature of Member

DISPOSITION AND DATE STEP 1: | 3/6/2014 | Spoke to foreman Alvin Raber.
| 3/7/2014 | Left voice mail for Mike Talbert, Field Operations Manager. | No resolution.
DISPOSITION AND DATE STEP 2: | 3/4/14 | CHAD CREEK CAME TO SOFCO OFFICE ~ 3/20/14 | No resolution. SOFCC001187
| 3/6/14 | CAROL CREEK AND THOMAS BYERS CAME TO SOFCO | ""
| | OFFICE - WANTING PAYMENT W PER WORD & FRINGE | ""
| | SINCE 3/6/14 WAS EARLY RESOLUTION - NO RESOLUTION
| | NO MENT W OF REGULAR X PUTTING SOMEONE TO WORK .



# *International Union of Operating Engineers*

### LOCAL 18 AND ITS BRANCHES • SERVING OHIO
### ELEVEN EIGHTY-EIGHT DUBLIN ROAD • COLUMBUS, OHIO 43215-7005

(614) 486-5281                    FAX: (614) 486-7258

Office of
District No. 3

March 24, 2014

### Settlement Letter

Sofco Erectors and the International Union of Operating Engineers, Local 18 agree to the
following settlement for the grievance dated March 11, 2014.

Sofco Erectors agrees to hire an apprentice from the I.U.O.E. Local 18, District 3 referral for
operation of forklifts. It is also agreed that the apprentice will perform other duties as
prescribed in the AGC of Ohio Building Agreement, paragraph 79B.

_____
Chad C. Creeks
Business Representative, IUOE Local 18

_____
Dan Powell
Sofco Erectors, President /COO

SOFCO001188

2-90

**EXHIBIT**

Y

Employer

PENGAD 800-631-6989

# GRIEVANCE FORM

**NAME OF STEWARD OR BUSINESS REPRESENTATIVE** STANLEY BRUBAKER

**CONTRACTOR** SOFCO ERECTORS INC.

**MEMBER'S NAME**

**MEMBER'S ADDRESS**

**DATE** 6/25/13

**LOCATION OF JOB** MIAMI UNIVERISTY

**MEMBER'S HOME PHONE INCLUDING**

**AREA CODE**

**AGENT COVERING JOB** STANLEY BRUBAKER

**DISTRICT NO.** 4

**STATEMENT OF FACTS** BREACH OF CONTRACT, SOFCO ERECTORS INC. IS NOT ABIDING BY THE TERMS AND CONDITIONS OF THE AGC OF OHIO BUILDING AGREEMENT, MAY 8, 2013 THROUGH APRIL 30, 2017, ARTICLE II PARA. 22 AS IT RELATES TO FORKLIFTS.

**RESOLUTION:** COMPANY TO PLACE WORK ORDER AND PAY THE FIRST QUALIFIED REGISTERED APPLICANT FROM THE REFERRAL ALL APPLICABLE WAGES AND FRINGE BENEFITS FROM THE FIRST DAY OF VIOLATION.

**WHICH AGREEMENT HERE AFFECTED** AGC OHIO BUILDING AGREEMENT
(Highway, Sewer, Building, Pipeline, etc.)

**WHICH ARTICLE OF AGREEMENT AFFECTED** ARTICLE II, PARA. 22

Signature of Steward or Business Representative

Signature of Member

**DISPOSITION AND DATE STEP 1:** ON 6/24/13 B.A. STAN BRUBAKER SPOKE WITH FOREMAN PETE LEONARD; NO RESOLUTION.

**DISPOSITION AND DATE STEP 2:** ON 6/25/13 WROTE UP GRIEVANCE AND FAX TO COMPANY.

10-11-13 Company offered to place not acknowled pay but qualified operator from the referral 20 hour wages and fringe to settle grievance. ACCEPTED 90 BY

SOFCO001190

Form No.2

Employer
EXHIBIT EE
Date: 11.2.2018

## CONSTRUCTION SITE JURISDICTIONAL AGREEMENT BETWEEN INTERNATIONAL UNION OF OPERATING ENGINEERS
### and
### INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL AND ORNAMENTAL IRON WORKERS

The undersigned Committees of the International Union of Operating Engineers and the International Association of Bridge, Structural and Ornamental Iron Workers have held numerous meetings and have consummated the following agreement to settle jurisdictional disputes between the two organizations on construction sites.

It is the purpose of this agreement to further improve the relationship between our respective trades, to settle jurisdictional disputes directly, to protect each other's proper jurisdiction from encroachment by others, and to mutually assist each other in organizing the unorganized.

This agreement shall not relate to nor have any bearing upon jurisdictional disputes that may now exist, or in the future arise, between either of these organizations with any other national or International union or subordinate body.

The respective Committees shall be continued and shall meet at least twice a year at a place and date determined by mutual agreement of the respective General Presidents.

If a jurisdictional dispute cannot be settled locally, or a question of interpretation arises as to the meaning or intent of this agreement, it shall be referred immediately to the respective General Presidents or their designees for an answer. There shall be no work stoppages pending settlement. It is agreed that all decisions and agreements between the two International Unions shall be considered operative and effective by each International Union except as clarified in this Memorandum of Agreement.

2.

## I - FORKLIFTS

The operation of forklifts shall be the work of Operating Engineers. Rigging in connection with the forklifts shall be the work of the Iron Workers.

## II - SIGNALLING - HIGHLINES, CRANES AND DERRICKS

Such duties required to initiate and/or relay signals by mechanical, electronic or electrical means, including hand signals, or paddles, directly to the Operator of the above referred to construction equipment is the work of the Iron Workers. The servicing and inspection of highlines is the work of the Iron Workers. The foregoing does not apply to excavation work.

## III - BRIDGE CRANES, DERRRICKS AND DERRICK BARGES

a) Bridge Cranes - The operation of bridge cranes in fabrication shops established at construction sites is the work of the Operating Engineers.

b) Derricks - The operation of power equipment including agitated swing adapters on derricks shall be the work of Operating Engineers. Other types of swinging operations shall be performed by the Iron Workers. The erection thereof shall be the work of the Iron Workers.

c) Derrick Barges - The operation of deck engines on derrick barges shall be the work of the Operating Engineers.

## IV - ROCK, SAND AND GRAVEL PLANTS
### (Construction Jobsites)

Fabrication of structural steel framework, the assembly, setting and erection thereon of bins, hoppers, rigging of crusher components, shaker screens, pre-assembled conveyor sections and steel ladders will be performed by a composite crew. This is with the exception that erection of structural steel framework and all

OOB-000563

3.

rigging work shall be the work of the Iron Workers, and all mechanical work shall be the work of the Operating Engineers.

### V – DISMANTLING AND LOADING OUT OF CONVEYORS AGGREGATE PLANTS, BATCH PLANTS, CABLE WAYS, REFRIGERATION PLANTS, ETC.

a)  Handling of steel which includes burning off nuts and knocking out bolts shall be done by Iron Workers.

1)  The Engineers will remove all rollers, disconnecting and dismantling mechanical equipment such as compressors, refrigeration units and power equipment connected thereon, and all rigging in connection with the above shall be the work of the Iron Workers.

b)  The operation and servicing of the power equipment is recognized as the work of the Operating Engineers.

### VI – PUMPS, COMPRESSORS, GENERATORS AND WELDING MACHINES

The operation, servicing and maintenance of pumps, compressors, generators, and welding machines (gasoline or diesel driven) shall be the work of the Operating Engineers.

### VII – HIGHWAY TYPE (PORTABLE) BATCH PLANT, HOT PLANT AND ROCK PLANTS

The assembly and disassembly of the above type plants shall be the work of the Operating Engineers.

### VIII – ERECTION AND DISMANTLING MONIGAN WALKING DRAGLINE, LAUNCHHAMMER BUCKET WHEEL EXCAVATOR AND SIMILAR TYPE EQUIPMENT, EXCLUDING TRENCHING MACHINES

It is understood and agreed that the erection and dismantling of Monigan Walking Dragline, Launchhammer Bucket Wheel Excavator, and similar type equipment, excluding trenching machines, shall be performed by a composite crew, fifty-fifty of Iron Workers and Operating Engineers.

OOB-000564

4.

## IX - HIGHWAY AND EARTHMOVING PROJECTS

The unloading, loading out, assembly, disassembly and all other modifications, including boom changes and modifications on equipment coming within the jurisdiction of the International Union of Operating Engineers, shall be performed by members of the Operating Engineers.

## X - CRANES USED ON STRUCTURAL STEEL ERECTION

Cranes used on structural steel erection where Iron Workers are to be working with power equipment in the erection of structural steel - the unloading, attaching, lengthening, shortening and dis-mantling or changing of booms and counterweights, the reeving of cables in topping lift, boom or jib for cranes used in connection with such work shall be performed by the Iron Workers plus the Operating Engineers who have been assigned to the crane.

It is understood if a crane is shipped and arrives on the project partially or completely disassembled, the Iron Workers will unload and rig the components into their proper position:

All mechanical adjustments of the parts of this operation such as take-ups, leveling and aligning of motor base, or bed plate, proper adjustment to the cats will be performed by the Operating Engineers who have been assigned to the crane and at least one heavy duty mechanic.

Unloading or loading out of such power equipment will be per-formed by the same crew.

OOB-000565

## XI – WORK ON ALL BUILDING, PRE-CAST CONCRETE AND INDUSTRIAL CONSTRUCTION, EXCLUDING STEEL ERECTION

On all building, pre-cast concrete and industrial construction, such as chemical plants, power houses, steel mills, refineries, etc., other than steel erection operations, on all multi-purpose cranes on which an Iron Workers' crew will be assigned to it for their rigging operations by the contractor, the work shall be performed in the following manner and does not pertain to shop or mechanical yards on major construction projects where the Operating Engineers have established shops or mechanical yards.

1. Unloading of multi-purpose cranes shall be performed in the following manner:

Iron Workers shall perform necessary rigging and Operating Engineers shall perform all assembly, except as outlined below.

2. Loading out of multi-purpose cranes shall be performed in the opposite manner to the unloading operation;

i.e., power rigging by Iron Workers and disassembly shall be performed by Operating Engineers. The loading and unloading operation will be under the supervision of the Master Mechanic.

3. Boom modifications will be performed in the following manner:

a) When rig is working with Iron Workers all modifications will be performed by a composite crew of Iron Workers and Operating Engineers. What is meant by a composite crew of Operating Engineers

OOB-000566

6.

is an Engineer and Oiler who have been assigned to said rig.  What is meant by a composite crew of Iron Workers is the number required to perform said modifications in a safe and expeditious manner.

b) It is assumed that when another craft is assigned a rig or crane that the Operating Engineers will perform all boom modifications.

It is understood that if additional help is needed, Iron Workers will be called upon to assist.

It is agreed that all work in connection with booms will be performed as outlined above.

XII - TOWER CRANES AND SURVEY WORK

With respect to erection of tower cranes and survey work, these matters were thoroughly discussed.  The respective Committees decided to defer action pending further studies.

INTERNATIONAL UNION OF OPERATING ENGINEERS

INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL AND ORNAMENTAL IRON WORKERS

HUNTER P. WHARTON GENERAL PRESIDENT

JOHN H. LYONS, GENERAL PRESIDENT

Russell T. Conlon, Chairman

John L. McCarthy, Chairman

Howard R. Dalton

Dale Ray

Frank Hanley

Leonard P. Mahoney

August 19, 1970

OOB-000567