**EXHIBIT E**

CIN-TEL CORPORATION

PH: 513-621-7723                                        FX: 513-263-9023

Page 1

BEFORE THE AMERICAN ARBITRATION ASSOCIATION

--|--

Case No. 01-18-0001-3790

--|--

Sofco Erectors, Inc.,

       Employer,
    and

Ohio Operating Engineers Pension Fund,

       Fund.

--|--

Deposition of:  DANIEL V. CINER

Date and Time: Monday, October 8, 2018
       9:27 a.m.

Place:     Vorys, Sater, Seymour &
       Pease, LLP
       52 East Gay Street
       Columbus, Ohio

Reporter:   Maria DiPaolo Jones, RDR, CRR
       Notary Public - State of Ohio

--|--

Page 2

 1    APPEARANCES:

 2    On behalf of Sofco Erectors, Inc.:

 3            MR. GARY L. GREENBERG
              Jackson Lewis, PC
 4            425 Walnut Street, Suite 2300
              Cincinnati, Ohio  45202
 5            513.621.3440

 6    On behalf of Ohio Operating Engineers Pension Fund
      and Daniel V. Ciner:
 7
              MR. DANIEL J. CLARK
 8            Vorys, Sater, Seymour & Pease, LLP
              52 East Gay Street
 9            Columbus, Ohio  43216-1008
              614.464.6400
10
      ALSO PRESENT:
11
              Mr. Dan Powell
12
                              --|--
13

14

15

16

17

18

19

20

21

22

23

24

CIN-TEL CORPORATION

PH:  513-621-7723                                                    FX:  513-263-9023

Page 3

1                              INDEX

2                             --|--

3   DANIEL V. CINER                                      PAGE
    Examination by Mr. Greenberg                          6

4                             --|--

5                        CINER EXHIBITS

6
    LETTER  DESCRIPTION                          IDENTIFIED
7
    A       OOEP Fund's Witness Disclosure           10
8
    B       OOEP Fund Withdrawal Liability           12
9           Valuation as of July 31, 2009

10  C       OOEP Fund Withdrawal Liability           15
            Valuation as of July 31, 2010
11
    D       OOEP Fund Withdrawal Liability           15
12          Valuation as of July 31, 2011

13  E       OOEP Fund Withdrawal Liability           15
            Valuation as of July 31, 2012
14
    F       OOEP Fund Withdrawal Liability           15
15          Valuation as of July 31, 2013

16  G       OOEP Fund Withdrawal Liability           15
            Valuation as of July 31, 2014
17
    H       OOEP Fund Withdrawal Liability           15
18          Valuation as of July 31, 2015

19  I       OOEP Fund Withdrawal Liability           15
            Valuation as of July 31, 2016
20
    J       May 8, 2013 through April 30, 2017       29
21          Collective Bargaining Agreement

22  K       8/31/2017 letter Re:  Partial and        29
            Complete Withdrawal Liability
23          Demand for Payment

24  L       11/10/2017 letter Re:  Sofco             38

CIN-TEL CORPORATION

PH: 513-621-7723                                        FX: 513-263-9023

---

Page 4

```
 1          Erectors, Inc. - Request for Review
            of Withdrawal Liability Assessment
 2     LETTER DESCRIPTION                    IDENTIFIED

 3       M   11/29/2017 letter Re:  Sofco        39
            Erectors, Inc. - Supplemental
 4          Request for Review of Withdrawal
            Liability Assessment dated
 5          August 31, 2017

 6       N   6/22/2018 letter Re:  Sofco         39
            Erectors, Inc.
 7
         O   Affidavit of Tim Gates             40
 8
         P   Precision Environmental Company    41
 9          Arbitration Opinion and Award

10       Q   The New York Times Company U.S.     41
            District Court Opinion and Order
11
         R   9/7/2018 letter Re:  Sofco Erectors, 43
12          Inc./Ohio Operating Engineers
            Pension Fund Withdrawal Liability
13                      -- | --

14

15

16

17

18

19

20

21

22

23

24
```

---

CIN-TEL CORPORATION

PH:  513-621-7723                                      FX:  513-263-9023

Page 28

1      A.     Yes.

2      Q.     You don't know what interest rate

3    assumptions the Fund was using before then?

4      A.     No.

5      Q.     Please turn to Tab 10, Exhibit J.  Are you

6    familiar with the labor agreement between the AGC of

7    Ohio and the International Union of Operating

8    Engineers Local 18 that was effective 2013 to 2017?

9      A.     No.

10     Q.     So you would not be able to answer any

11   questions about the work jurisdiction provisions of

12   this contract?

13     A.     No.

14     Q.     Please turn to Tab 11, Exhibit K.  So

15   Exhibit K is a letter dated August 31, 2017, to Sofco

16   Erectors, Re: Partial and Complete Liability Demand

17   for Payment.  So the first two pages is or appears to

18   be a cover letter signed by Bryan C. Barch, In-House

19   Counsel, and then after that you'll see another

20   letter dated August 29, 2017, from Segal Consulting.

21   So I want to start with the first two pages and

22   that's, I'm going to call that the cover letter to

23   the report signed by Mr. Barch.

24            Did you help to draft this cover letter?

CIN-TEL CORPORATION

PH:  513-621-7723                                    FX:  513-263-9023

Page 29

 1      A.      No.

 2      Q.      Did you review it before it went out?

 3      A.      I've never seen it before now.

 4      Q.      All right.  So I'm only going to ask you

 5  questions about the pages that are headed "Segal

 6  Consulting."  Well, the first page is headed "Segal

 7  Consulting" and then the subsequent pages show that

 8  it's all part of the same letter dated August 29,

 9  2017, and then there's some attachments.  Can you

10  identify that part of the document?

11      A.      Yes.

12      Q.      What is it?

13      A.      This is a letter that we prepared for the

14  Fund in response to a request that we do these

15  calculations for the Fund.

16      Q.      And who is Miss Samantha Polsinelli?

17      A.      She represents the Fund as I believe.  I

18  don't know her exact role or title.

19      Q.      Who from the Fund directed you or

20  requested that you do these calculations?

21      A.      I don't recall.

22      Q.      And did that request come with a phone

23  call or an email, if you recall?

24      A.      I don't know.

CIN-TEL CORPORATION

PH:  513-621-7723                                    FX:  513-263-9023

Page 30

1      Q.      I'm going to direct your attention to the

2   second-to-last paragraph.

3      A.      Okay.

4      Q.      And I am going to read the first sentence

5   out loud.  "The above withdrawal liability

6   calculations are based on the asset values and

7   liabilities stated in the July 31, 2008, 2009, 2010,

8   and 2016 withdrawal liability reports, respectively."

9              So I want to ask you to match that

10  sentence up to the exhibits that we've looked at.

11  The 2016 withdrawal liability report is the one that

12  we had marked Exhibit I, that's at Tab 9; is that

13  correct?

14     A.      Yes.

15     Q.      And the 2010 report is the one that we

16  marked Exhibit C; is that correct?  That's the one at

17  Tab 3?

18     A.      Yes.

19     Q.      And the 2009 report is the one that we

20  marked as Exhibit B, correct?

21     A.      Yes.

22              MR. GREENBERG:  And I don't think we

23  received the July 31, 2008, report from the Fund, and

24  I'm going to look through my records again to see



# OHIO OPERATING ENGINEERS
## FRINGE BENEFIT PROGRAMS

1180 Dublin Road
PO Box 12009
Columbus OH 43212-0009
614.488.0708

Carol A. Wilson
Administrator

August 31, 2017

**MAILED VIA REGULAR & CERTIFIED U.S. MAIL**

SOFCO ERECTORS INC
10360 WAYNE AVE
CINCINNATI OH 45215-1129

Re:    **Partial and Complete Withdrawal Liability**
       **Demand for Payment**

To Whom It May Concern:

The Ohio Operating Engineers Pension Plan ("Plan") was recently informed that the collective bargaining agreement between the Ohio Operating Engineers Local 18 and Sofco Erectors, Inc. (hereinafter referred to as "Sofco") was terminated. After receiving this notice, the Plan performed a calculation of Sofco's complete withdrawal liability. This calculation was prepared by the Plan's actuary, and is based upon a complete withdrawal from the Pension Plan during the Plan year ending July 31, 2017. According to this calculation, Sofco's complete withdrawal liability is **$368,315. (Please see attached copy of the actuary's August 29, 2017 letter and calculation).**

Additionally, the Actuary also noticed more than a 70% reduction in contribution hours reported by Sofco for the three year period of 2011-2013. This decline in hours constitutes a partial withdrawal by Sofco from the collective bargaining agreement during this period. As a result, the Plan's actuary also performed partial withdrawal liability calculations. **(Please see aforementioned letter and calculation).** Although there is no partial withdrawal liability for the Plan year ending July 31, 2013, these calculations revealed the following:

- For the Plan year ending July 31, 2011, partial withdrawal liability in the amount of $344,627;

- For the Plan year ending July 31, 2012, partial withdrawal liability in the amount of $111,358.

Based on all calculations performed by the Plan's actuary, the Plan hereby requests and demands that Sofco pays the following amounts:

- Complete withdrawal liability for the Plan year ending July 31, 2017 in the amount of $368,315 which can be paid in 40 quarterly payments of $12,320 and a final payment of $2,721;

---

HEALTH AND WELFARE PLAN  •  PENSION FUND  •  APPRENTICESHIP FUND  •  EDUCATION AND SAFETY FUND

EXHIBIT
tabbies

- Partial withdrawal liability for the Plan year ending July 31, 2011 in the amount of $344,627 which can be paid in 19 quarterly payments of $20,239 and a final payment of $8,327;

- Partial withdrawal liability for the Plan year ending July 31, 2012 in the amount of $111,358 which can be paid in six quarterly payments of $17,294 and a final payment of $10,652.

The Plan also requests and demands that Sofco remits its payments (with a separate check for each calculation) under these payment plans by no later than October 30, 2017. A quarterly or lump sum payment should be made payable to:  The Ohio Operating Engineering Pension Plan, Attn: Samantha Polsinelli, 1180 Dublin Rd., P.O. Box 12009, Columbus, Ohio 43212.

Sincerely,

Bryan C. Barch, Esq.
In-House Counsel

 **Segal Consulting**

101 North Wacker Drive  Suite 500  Chicago, IL 60606-1724
T 312.984.8619  www.segalco.com

Daniel V. Ciner, MAAA, EA
Senior Vice President and Actuary
dciner@segalco.com

August 29, 2017

*VIA E-MAIL*

Ms. Samantha Polsinelli
Ohio Operating Engineers Fringe Benefit Programs
1180 Dublin Road
Columbus, Ohio 43212

Re:   **Ohio Operating Engineers Pension Fund – Partial and Complete Withdrawal Liability Calculations for Sofco Erectors, Inc.**

Dear Ms. Polsinelli:

As requested, we have updated the withdrawal liability calculation for Sofco Erectors, Inc. assuming three partial withdrawals in the Plan years ended July 31 of 2011, 2012, and 2013, respectively, and a complete withdrawal in the Plan year ended July 31, 2017. As described below, we look to Fund Counsel regarding interpretations as to assessment of withdrawal liability for construction industry employers.

> For the Plan year ended July 31, 2011, the calculated amount of partial withdrawal liability is $344,627, which can be paid in 19 quarterly payments of $20,239 and a final payment of $8,327.
> For the Plan year ended July 31, 2012, the calculated amount of partial withdrawal liability is $111,358 (after application of the credit for the prior partial withdrawal as of July 31, 2011), which can be paid in six quarterly payments of $17,294 and a final payment of $10,652.
> For the Plan year ended July 31, 2013, the calculated amount of partial withdrawal liability is $0 (after application of the credit for the prior partial withdrawals as of July 31, 2011 and 2012).
> For the Plan year ended July 31, 2017, the calculated amount of complete withdrawal liability is $368,315 (after application of the credit for the prior partial withdrawals as of July 31, 2011, 2012, and 2013), which can be paid in 40 quarterly payments of $12,320 and a final payment of $2,721.

The above withdrawal liability calculations are based on the asset values and liabilities stated in the July 31, 2008, 2009, 2010, and 2016 withdrawal liability reports, respectively. In addition, they are based on the contribution information provided in your e-mails dated May 1, 2017 and May 9, 2017, including maximum hourly contribution rates of $4.00, $4.50, and $6.00 for the 10-year periods ended July 31, 2009, 2010, and 2017, respectively.

Under Section 4205(b)(1) of ERISA, a partial withdrawal occurs when contribution hours in each of three consecutive years (the "three-year testing period") are at least 70% less than the average of the two highest years of contribution hours during the five years preceding the three-year testing period. Based on the information you provided us, Sofco Erectors, Inc. incurred three consecutive 70% declines for the three-year testing periods that ended in 2011, 2012, and 2013.

Ms. Samantha Polsinelli
Ohio Operating Engineers Fringe Benefit Programs
August 29, 2017
Page 2

Under Section 4208(d)(1) of ERISA, for construction industry employers in construction industry plans, partial withdrawal liability is assessable when work continues for an insubstantial portion of the employer's work in the jurisdiction of the collective bargaining agreement. The calculations included in this letter assume that this employer will be assessed partial withdrawal liability for each partial withdrawal. We defer to Fund Counsel's interpretation as to whether partial withdrawal liability is assessable to this employer.

Under Section 4206 of ERISA, partial withdrawal liability based on a 70% decline in contribution hours is calculated as a fraction of the amount that would be payable if there were a complete withdrawal by this employer on the last day of the first Plan year in the three-year testing period (i.e., in 2009, 2010, and 2011 for the 2011, 2012, and 2013 partial withdrawals, respectively). This fraction equals the ratio of the employer's contribution hours for the Plan year following the end of the three-year testing period to the average contribution hours during the five years preceding the first year of the three-year testing period.

Under Section 4206 of ERISA, any withdrawal liability (either complete or partial) for an employer is reduced by the amount of any partial withdrawal liability of the employer with respect to the Plan for a previous year. We have determined the amount of credit for the prior partial withdrawals, and have offset the partial withdrawal liability for the Plan years ended July 31, 2012 and July 31, 2013, as well as the complete withdrawal liability as of July 31, 2017, by the respective credit amounts.

We have enclosed exhibits showing the details of our calculations as follows:
For the July 31, 2011 partial withdrawal:
    Exhibit A – Determination of Partial Withdrawal
    Exhibit B – Calculation of the Allocable Amount of Unfunded Vested Benefits
    Exhibit C – Determination of Withdrawal Liability
    Exhibit D – Determination of Payment Schedule under ERISA Section 4219
    Exhibit E – Basis for Determining Withdrawal Liability

For the July 31, 2012 partial withdrawal:
    Exhibit F – Determination of Partial Withdrawal
    Exhibit G – Calculation of the Allocable Amount of Unfunded Vested Benefits
    Exhibit H – Development of Credit for Prior (July 31, 2011) Partial Withdrawal
    Exhibit I – Determination of Withdrawal Liability
    Exhibit J – Determination of Payment Schedule under ERISA Section 4219
    Exhibit K – Basis for Determining Withdrawal Liability

For the July 31, 2013 partial withdrawal:
    Exhibit L – Determination of Partial Withdrawal
    Exhibit M – Calculation of the Allocable Amount of Unfunded Vested Benefits
    Exhibit N – Development of Credit for Prior (July 31, 2011 and July 31, 2012) Partial Withdrawals
    Exhibit O – Determination of Withdrawal Liability
    Exhibit P – Basis for Determining Withdrawal Liability

✱ Segal Consulting

Ms. Samantha Polsinelli
Ohio Operating Engineers Fringe Benefit Programs
August 29, 2017
Page 3

For the July 31, 2017 complete withdrawal:

    Exhibit Q – Calculation of the Allocable Amount of Unfunded Vested Benefits
    Exhibit R – Development of Credit for Prior (July 31, 2011, 2012, and 2013) Partial Withdrawals
    Exhibit S – Determination of Withdrawal Liability
    Exhibit T – Determination of Payment Schedule under ERISA Section 4219
    Exhibit U – Basis for Determining Withdrawal Liability

As with all withdrawals, the assessment of withdrawal liability is subject to Fund Counsel review.  Please
let us know if you have any questions.

Sincerely,

Daniel V. Ciner
Enclosures

cc:   Ms. Carol Wilson (w/enclosures)
      Ms. Megan Kelly (w/enclosures)

5685716v1/05517.008

EXHIBIT A

## Ohio Operating Engineers Pension Fund

### DETERMINATION OF A PARTIAL WITHDRAWAL AS OF JULY 31, 2011

Employer Name:      **Sofco Erectors, Inc.**

End of Three-Year Testing Cycle:                          07/31/2011

| Plan Year Ended 7/31 | Contribution Base Units (Hours) | 2-Year Average of Highest CBUs | Ratio of Hours to Maximum Average CBU |
|---|---|---|---|
| 2011 | 1,123.00 | 12,253.50 | 9% |
| 2010 | 440.00 | 12,253.50 | 4% |
| 2009 | 1,607.50 | 12,253.50 | 13% |
| 2008 | 11,978.00 | | |
| 2007 | 11,053.50 | | |
| 2006 | 12,529.00 | | |
| 2005 | 11,807.00 | | |
| 2004 | 10,862.00 | | |

*A partial withdrawal has occurred as of July 31, 2011.*

✶ Segal Consulting

EXHIBIT B

Ohio Operating Engineers Pension Fund
CALCULATION OF ALLOCABLE AMOUNT OF UNFUNDED VESTED BENEFITS
For a Withdrawal in the Plan Year Ended July 31, 2009

Employer
Name:                          Sofco Erectors, Inc.

|  | Unamortized Balance of Withdrawal Liability Pools | | Contributions During 5-Year Period Ended Prior to Date Pool Established | | Liability Allocated: (5) divided by (4), times the sum of |
|---|---|---|---|---|---|
| Year Ended[1] July 31 (1) | Basic[2] (2) | Reallocated[3] (3) | Total Plan Contributions[4] (4) | Obligated Employer Contributions[5] (5) | (2) and (3) (6) |
| 2003 | $195,618,368 | $0 | $178,834,875 | $291,244 | $318,577 |
| 2004 | (21,738,368) | 0 | 183,435,933 | 275,279 | (32,622) |
| 2005 | 103,632,017 | 0 | 184,525,945 | 211,259 | 118,646 |
| 2006 | (136,835,103) | 0 | 187,236,038 | 189,279 | (138,328) |
| 2007 | 31,859,110 | 0 | 192,258,544 | 180,029 | 29,833 |
| 2008 | 138,233,538 | 0 | 202,969,173 | 187,255 | 127,531 |

Allocable Amount of Unfunded Vested Benefits for Complete Withdrawal (Sum of Column 6)          $423,637

[1] *Years not shown have no withdrawal liability components.*
[2] *Original value of the changes in the unfunded vested benefits, written down 5% per year.*
[3] *Original value of non-assessable or non-collectible withdrawal liability, written down 5% per year.*
[4] *Total fund contributions for the Plan year listed and the four preceding years, excluding contributions from withdrawn significant employers who withdrew on or before the date the pool was established.*
[5] *Obligated employer contributions for the Plan year listed and the four preceding years, including contributions owed but not yet paid.*

✶ Segal Consulting

EXHIBIT C

Ohio Operating Engineers Pension Fund

DETERMINATION OF WITHDRAWAL LIABILITY

For a Partial Withdrawal in the Plan Year Ending July 31, 2011

Employer Name:  Sofco Erectors, Inc.

| | | |
|---|---|---|
| A. | Preliminary Allocable Amount of Unfunded Vested Benefits | $423,637 |
| B. | De Minimis Reduction Under ERISA Section 4209 | |
| | (1)  Lesser of 0.75% of Unfunded Vested Benefits or $50,000 | $50,000 |
| | (2)  Reduction:  $100,000 + (B)(1) – (A) but not greater than (B)(1) nor less than zero | $0 |
| C. | Net Allocable Amount of Unfunded Vested Benefits for Complete Withdrawal | $423,637 |
| D. | Total Contribution Hours in the Five-Year Period 08/01/2003 – 07/31/2008 | 58,229.50 |
| E. | Average Contribution Hours in Five-Year Period [(D) ÷ 5] | 11,645.90 |
| F. | Contribution Hours 08/01/2011 - 07/31/2012 | 2,172.00 |
| G. | Partial Withdrawal Liability Factor: 1 – [(F) ÷ (E)] | 81.349660% |
| H. | Withdrawal Liability: (C) x (G) | $344,627 |

⁎ Segal Consulting

EXHIBIT D

Ohio Operating Engineers Pension Fund
DETERMINATION OF PAYMENT SCHEDULE UNDER ERISA SECTION 4219
For a Partial Withdrawal in the Plan Year Ended July 31, 2011

Employer Name:                          Sofco Erectors, Inc.

(1)   Employer Base Units (hours) history:

| Year Ended July 31 | Hours | 3-Year Average Hours |
|---|---|---|
| 1999 | 18,877.50 | N/A |
| 2000 | 35,670.50 | N/A |
| 2001 | 20,085.50 | 24,877.83 |
| 2002 | 15,351.50 | 23,702.50 |
| 2003 | 12,313.50 | 15,916.83 |
| 2004 | 10,862.00 | 12,842.33 |
| 2005 | 11,807.00 | 11,660.83 |
| 2006 | 12,529.00 | 11,732.67 |
| 2007 | 11,053.50 | 11,796.50 |
| 2008 | 11,978.00 | 11,853.50 |

(2)   Average Base Units for highest 3 consecutive years          24,877.83
      during 10 years ended July 31, 2008

(3)   Highest contribution rate during 10 years ending            $4.00
      July 31, 2009

(4)   Partial withdrawal liability fraction (see Exhibit C, Item G)    81.349660%

(5)   Annual payment = (2) x (3) x (4) [rounded up to the nearest $4]   $80,956

(6)   Quarterly payment = (5) / 4                                  $20,239

(7)   Number of Full Years of Payment                              4

(8)   Remaining Balance After 4 Years                              $69,044

(9)   Number of Full Quarterly Payments in Year 5:                 3

(10)  Amount of Remaining Payment = (8) - (6) x (9)                $8,327

⁂ Segal Consulting

EXHIBIT E

Ohio Operating Engineers Pension Fund

BASIS FOR DETERMINING WITHDRAWAL LIABILITY

For a Partial Withdrawal in the Plan Year Ending July 31, 2011

1. Withdrawal liability computed using the "Presumptive Method" as described in ERISA Section 4211(b).

2. Census data collected as of July 31, 2008.

3. All assumptions per the July 31, 2008 withdrawal liability report.

4. Market value of assets based on audited financial statements as of July 31, 2008.

5. Total plan contributions are as reported in the audited financial statements.

6. Historical contributions of previously withdrawn employers and employer for which this calculation was performed are as reported by the Fund Office.

7. We are aware of no other participating employers belonging to the same controlled group as the employer for which this calculation was completed.

8. We are unaware of any application of ERISA Section 4225 on this assessment and defer to the Fund Administrator and Legal Counsel to determine whether it applies.

✳ Segal Consulting

EXHIBIT F

Ohio Operating Engineers Pension Fund

## DETERMINATION OF A PARTIAL WITHDRAWAL AS OF JULY 31, 2012

Employer Name:　　**Sofco Erectors, Inc.**

End of Three-Year Testing Cycle:　　　　　　07/31/2012

| Plan Year Ended 7/31 | Contribution Base Units (Hours) | 2-Year Average of Highest CBUs | Ratio of Hours to Maximum Average CBU |
|---|---|---|---|
| 2012 | 2,172.00 | 12,253.50 | 18% |
| 2011 | 1,123.00 | 12,253.50 | 9% |
| 2010 | 440.00 | 12,253.50 | 4% |
| 2009 | 1,607.50 | | |
| 2008 | 11,978.00 | | |
| 2007 | 11,053.50 | | |
| 2006 | 12,529.00 | | |
| 2005 | 11,807.00 | | |

*A partial withdrawal has occurred as of July 31, 2012.*

✳ Segal Consulting

EXHIBIT G

Ohio Operating Engineers Pension Fund
CALCULATION OF ALLOCABLE AMOUNT OF UNFUNDED VESTED BENEFITS
For a Withdrawal in the Plan Year Ended July 31, 2010

Employer Name: Sofco Erectors, Inc.

| Year Ended[1] July 31 (1) | Unamortized Balance of Withdrawal Liability Pools | | Contributions During 5-Year Period Ended Prior to Date Pool Established | | Liability Allocated: (5) divided by (4), times the sum of |
|---|---|---|---|---|---|
| | Basic[2] (2) | Reallocated[3] (3) | Total Plan Contributions[4] (4) | Obligated Employer Contributions[5] (5) | (2) and (3) (6) |
| 2003 | $182,577,144 | $0 | $178,834,875 | $291,244 | $297,339 |
| 2004 | (20,379,720) | 0 | 183,435,933 | 275,279 | (30,583) |
| 2005 | 97,536,016 | 0 | 184,525,945 | 211,259 | 111,666 |
| 2006 | (129,233,153) | 0 | 187,236,038 | 189,279 | (130,643) |
| 2007 | 30,182,315 | 0 | 192,258,544 | 180,029 | 28,262 |
| 2008 | 131,321,861 | 0 | 202,969,173 | 187,255 | 121,155 |
| 2009 | 357,008,602 | 0 | 210,884,752 | 161,099 | 272,726 |

Allocable Amount of Unfunded Vested Benefits for Complete Withdrawal (Sum of Column 6)    $669,922

[1] Years not shown have no withdrawal liability components.

[2] Original value of the changes in the unfunded vested benefits, written down 5% per year.

[3] Original value of non-assessable or non-collectible withdrawal liability, written down 5% per year.

[4] Total fund contributions for the Plan year listed and the four preceding years, excluding contributions from withdrawn significant employers who withdrew on or before the date the pool was established.

[5] Obligated employer contributions for the Plan year listed and the four preceding years, including contributions owed but not yet paid.

✱ Segal Consulting

EXHIBIT H

Ohio Operating Engineers Pension Fund
DEVELOPMENT OF CREDIT FOR PRIOR PARTIAL WITHDRAWAL
For a Partial Withdrawal in the Plan Year Ended July 31, 2012

| | | | |
|---|---|---|---|
| A: | Sum of Employer's Share of Unamortized Pools for years prior to the partial withdrawal........................ | $ | 397,196 |
| B: | Fraction determined under Section 4206(a)(2) of ERISA for the prior partial withdrawal........................ | | 0.813497 |
| C: | Amount of withdrawal liability assessed to employer for the prior partial withdrawal............................. | $ | 344,627 |
| D: | Amount of unfunded vested liability allocable to employer as if it had completely withdrawn as of the date of the prior partial withdrawal................................................................................................ | $ | 423,637 |
| E: | Credit for prior partial withdrawal [ A x B x C / (D x B )].................................................................. | $ | 323,117 |

*Note: Per ERISA Section 4206.10, the plan year in which the partial withdrawal occurred for purposes of the above calculations is deemed to be the first year of the 3-year testing period.*

✱ Segal Consulting

EXHIBIT I

Ohio Operating Engineers Pension Fund

DETERMINATION OF WITHDRAWAL LIABILITY

For a Partial Withdrawal in the Plan Year Ending July 31, 2012

Employer Name: Sofco Erectors, Inc.

| | | |
|---|---|---|
| A. | Preliminary Allocable Amount of Unfunded Vested Benefits | $669,922 |
| B. | De Minimis Reduction Under ERISA Section 4209 | |
| | (1)  Lesser of 0.75% of Unfunded Vested Benefits | |
| | or $50,000 | $50,000 |
| | (2)  Reduction:  $100,000 + (B)(1) − (A) but not greater | |
| | than (B)(1) nor less than zero | $0 |
| C. | Net Allocable Amount of Unfunded Vested Benefits for Complete Withdrawal | $669,922 |
| D. | Total Contribution Hours in the Five-Year Period 08/01/2004 − 07/31/2009 | 48,975.00 |
| E. | Average Contribution Hours in Five-Year Period [(D) ÷ 5] | 9,795.00 |
| F. | Contribution Hours 08/1/2012 - 07/31/2013 | 3,442.50 |
| G. | Partial Withdrawal Liability Factor: 1 − [(F) ÷ (E)] | 64.854518% |
| H. | Net Allocable Share of Unfunded Vested Benefits for Partial Withdrawal: (C) x (G) | $ 434,475 |
| I. | Credit for Prior (July 31, 2011) Partial Withdrawal | $323,117 |
| J. | Withdrawal Liability: (H) − (I), but not less than zero | $111,358 |

✱ Segal Consulting

EXHIBIT J

Ohio Operating Engineers Pension Fund
DETERMINATION OF PAYMENT SCHEDULE UNDER ERISA SECTION 4219
For a Partial Withdrawal in the Plan Year Ended July 31, 2012

Employer Name:                          Sofco Erectors, Inc.

(1)  Employer Base Units (hours) history:

| Year Ended July 31 | Hours | 3-Year Average Hours |
|---|---|---|
| 2000 | 35,670.50 | N/A |
| 2001 | 20,085.50 | N/A |
| 2002 | 15,351.50 | 23,702.50 |
| 2003 | 12,313.50 | 15,916.83 |
| 2004 | 10,862.00 | 12,842.33 |
| 2005 | 11,807.00 | 11,660.83 |
| 2006 | 12,529.00 | 11,732.67 |
| 2007 | 11,053.50 | 11,796.50 |
| 2008 | 11,978.00 | 11,853.50 |
| 2009 | 1,607.50 | 8,213.00 |

(2)  Average Base Units for highest 3 consecutive years during 10 years ended July 31, 2009 — 23,702.50

(3)  Highest contribution rate during 10 years ending July 31, 2010 — $4.50

(4)  Partial withdrawal liability fraction (see Exhibit I, Item G) — 64.854518%

(5)  Annual payment = (2) x (3) x (4) [rounded up to the nearest $4] — $69,176

(6)  Quarterly payment = (5) / 4 — $17,294

(7)  Number of Full Years of Payment — 1

(8)  Remaining Balance After 1 Year — $45,240

(9)  Number of Full Quarterly Payments in Year 2: — 2

(10) Amount of Remaining Payment = (8) - (6) x (9) — $10,652

✱ Segal Consulting

EXHIBIT K

Ohio Operating Engineers Pension Fund

BASIS FOR DETERMINING WITHDRAWAL LIABILITY

For a Partial Withdrawal in the Plan Year Ending July 31, 2012

1. Withdrawal liability computed using the "Presumptive Method" as described in ERISA Section 4211(b).

2. Census data collected as of July 31, 2009.

3. All assumptions per the July 31, 2009 withdrawal liability report.

4. Market value of assets based on audited financial statements as of July 31, 2009.

5. Total plan contributions are as reported in the audited financial statements.

6. Historical contributions of previously withdrawn employers and employer for which this calculation was performed are as reported by the Fund Office.

7. We are aware of no other participating employers belonging to the same controlled group as the employer for which this calculation was completed.

8. We are unaware of any applicability of ERISA Section 4225 on this assessment and defer to the Fund Administrator and Legal Counsel to determine whether it applies.

 Segal Consulting

EXHIBIT L

Ohio Operating Engineers Pension Fund

## DETERMINATION OF A PARTIAL WITHDRAWAL AS OF JULY 31, 2013

Employer Name: **Sofco Erectors, Inc.**

End of Three-Year Testing Cycle: 07/31/2013

| Plan Year Ended 7/31 | Contribution Base Units (Hours) | 2-Year Average of Highest CBUs | Ratio of Hours to Maximum Average CBU |
|---|---|---|---|
| 2013 | 3,442.50 | 12,253.50 | 28% |
| 2012 | 2,172.00 | 12,253.50 | 18% |
| 2011 | 1,123.00 | 12,253.50 | 9% |
| 2010 | 440.00 | | |
| 2009 | 1,607.50 | | |
| 2008 | 11,978.00 | | |
| 2007 | 11,053.50 | | |
| 2006 | 12,529.00 | | |

*A partial withdrawal has occurred as of July 31, 2013.*

✳ Segal Consulting

EXHIBIT M

Ohio Operating Engineers Pension Fund
CALCULATION OF ALLOCABLE AMOUNT OF UNFUNDED VESTED BENEFITS
For a Withdrawal in the Plan Year Ended July 31, 2011

Employer Name:                    Sofco Erectors, Inc.

| Year Ended[1] | Unamortized Balance of Withdrawal Liability Pools | | Contributions During 5-Year Period Ended Prior to Date Pool Established | | Liability Allocated: (5) divided by (4), times the sum of |
| | Basic[2] | Reallocated[3] | Total Plan Contributions[4] | Obligated Employer Contributions[5] | (2) and (3) |
| July 31 | | | | | |
| (1) | (2) | (3) | (4) | (5) | (6) |
| 2003 | $169,535,919 | $0 | $178,834,875 | $291,244 | $276,100 |
| 2004 | (19,021,072) | 0 | 183,435,933 | 275,279 | (28,545) |
| 2005 | 91,440,015 | 0 | 184,525,945 | 211,259 | 104,687 |
| 2006 | (121,631,202) | 0 | 187,236,038 | 189,279 | (122,958) |
| 2007 | 28,505,519 | 0 | 192,258,544 | 180,029 | 26,692 |
| 2008 | 124,410,184 | 0 | 202,969,173 | 187,255 | 114,778 |
| 2009 | 339,158,172 | 0 | 210,884,752 | 161,099 | 259,090 |
| 2010 | 42,238,100 | 0 | 218,622,244 | 127,590 | 24,651 |

Allocable Amount of Unfunded Vested Benefits for Complete Withdrawal (Sum of Column 6)          $654,495

[1] *Years not shown have no withdrawal liability components.*

[2] *Original value of the changes in the unfunded vested benefits, written down 5% per year.*

[3] *Original value of non-assessable or non-collectible withdrawal liability, written down 5% per year.*

[4] *Total fund contributions for the Plan year listed and the four preceding years, excluding contributions from withdrawn significant employers who withdrew on or before the date the pool was established.*

[5] *Obligated employer contributions for the Plan year listed and the four preceding years, including contributions owed but not yet paid.*

✳ Segal Consulting

EXHIBIT N

Ohio Operating Engineers Pension Fund
DEVELOPMENT OF CREDIT FOR PRIOR PARTIAL WITHDRAWALS
For a Partial Withdrawal in the Plan Year Ended July 31, 2013

Credit for Prior Partial Withdrawal in Plan Year Ended July 31, 2011

| | | | |
|---|---|---|---|
| A: | Sum of Employer's Share of Unamortized Pools for years prior to the partial withdrawal................. | $ | 370,754 |
| B: | Fraction determined under Section 4206(a)(2) of ERISA for the prior partial withdrawal.................... | | 0.813497 |
| C: | Amount of withdrawal liability assessed to employer for the prior partial withdrawal. | $ | 344,627 |
| D: | Amount of unfunded vested liability allocable to employer as if it had completely withdrawn as of the date of the prior partial withdrawal......................................................... | $ | 423,637 |
| E: | Credit for prior partial withdrawal in Plan year ended July 31, 2011 [ A x B x C / (D x B)].................. | $ | 301,607 |

Credit for Prior Partial Withdrawal in Plan Year Ended July 31, 2012

| | | | |
|---|---|---|---|
| F: | Sum of Employer's Share of Unamortized Pools for years prior to the partial withdrawal................. | $ | 629,844 |
| G: | Fraction determined under Section 4206(a)(2) of ERISA for the prior partial withdrawal................. | | 0.648545 |
| H: | Amount of withdrawal liability assessed to employer for the prior partial withdrawal........................................................ | $ | 111,358 |
| I: | Amount of unfunded vested liability allocable to employer as if it had completely withdrawn as of the date of the prior partial withdrawal.......................................... | $ | 669,922 |
| J: | Credit for prior partial withdrawal in Plan year ended July 31, 2012 [ F x G x H / (I x G)].............. | $ | 104,696 |
| K: | Total credit for prior partial withdrawals [ E + J ] | $ | 406,303 |

*Note: Per ERISA Section 4206.10, the plan year in which the partial withdrawal occurred for purposes of the above calculations is deemed to be the first year of the 3-year testing period.*

✱ Segal Consulting

EXHIBIT O

Ohio Operating Engineers Pension Fund

## DETERMINATION OF WITHDRAWAL LIABILITY

For a Partial Withdrawal in the Plan Year Ending July 31, 2013

Employer Name: Sofco Erectors, Inc.

| | | |
|---|---|---|
| A. | Preliminary Allocable Amount of Unfunded Vested Benefits | $654,495 |
| B. | De Minimis Reduction Under ERISA Section 4209 | |
| | (1) Lesser of 0.75% of Unfunded Vested Benefits or $50,000 | $50,000 |
| | (2) Reduction: $100,000 + (B)(1) − (A) but not greater than (B)(1) nor less than zero | $0 |
| C. | Net Allocable Amount of Unfunded Vested Benefits for Complete Withdrawal | $654,495 |
| D. | Total Contribution Hours in the Five-Year Period 08/01/2005 − 07/31/2010 | 37,608.00 |
| E. | Average Contribution Hours in Five-Year Period [(D) ÷ 5] | 7,521.60 |
| F. | Contribution Hours 08/1/2013 - 07/31/2014 | 3,834.00 |
| G. | Partial Withdrawal Liability Factor: 1 − [(F) ÷ (E)] | 49.026803% |
| H. | Net Allocable Share of Unfunded Vested Benefits for Partial Withdrawal: (C) x (G) | $320,878 |
| I. | Credit for Prior (July 31, 2011 and 2012) Partial Withdrawals | $406,303 |
| J. | Withdrawal Liability: (H) − (I), but not less than zero | $0 |

✕ Segal Consulting

EXHIBIT P

Ohio Operating Engineers Pension Fund

BASIS FOR DETERMINING WITHDRAWAL LIABILITY

For a Partial Withdrawal in the Plan Year Ending July 31, 2013

1. Withdrawal liability computed using the "Presumptive Method" as described in ERISA Section 4211(b).

2. Census data collected as of July 31, 2010.

3. All assumptions per the July 31, 2010 withdrawal liability report.

4. Market value of assets based on audited financial statements as of July 31, 2010.

5. Total plan contributions are as reported in the audited financial statements.

6. Historical contributions of previously withdrawn employers and employer for which this calculation was performed are as reported by the Fund Office.

7. We are aware of no other participating employers belonging to the same controlled group as the employer for which this calculation was completed.

8. We are unaware of any applicability of ERISA Section 4225 on this assessment and defer to the Fund Administrator and Legal Counsel to determine whether it applies.

✶ Segal Consulting

EXHIBIT Q

Ohio Operating Engineers Pension Fund
CALCULATION OF ALLOCABLE AMOUNT OF UNFUNDED VESTED BENEFITS
For a Withdrawal in the Plan Year Ended July 31, 2017

Employer Name: Sofco Erectors, Inc.

| Year Ended[1] July 31 (1) | Unamortized Balance of Withdrawal Liability Pools | | Contributions During 5-Year Period Ended Prior to Date Pool Established | | Liability Allocated: (5) divided by (4), times the sum of |
|---|---|---|---|---|---|
| | Basic[2] (2) | Reallocated[3] (3) | Total Plan Contributions[4] (4) | Obligated Employer Contributions[5] (5) | (2) and (3) (6) |
| 2003 | $91,288,572 | $0 | $178,834,875 | $291,244 | $148,669 |
| 2004 | (10,869,184) | 0 | 183,435,933 | 275,279 | (16,311) |
| 2005 | 54,864,009 | 0 | 184,525,945 | 211,259 | 62,812 |
| 2006 | (76,019,502) | 0 | 187,236,038 | 189,279 | (76,849) |
| 2007 | 18,444,748 | 0 | 192,258,544 | 180,029 | 17,271 |
| 2008 | 82,940,123 | 0 | 202,969,173 | 187,255 | 76,519 |
| 2009 | 232,055,591 | 0 | 210,884,752 | 161,099 | 177,272 |
| 2010 | 29,566,670 | 0 | 218,622,244 | 127,590 | 17,255 |
| 2011 | 127,603,629 | 0 | 230,778,340 | 95,158 | 52,615 |
| 2012 | 214,305,669 | 0 | 250,306,333 | 70,436 | 60,305 |
| 2013 | 7,764,623 | 0 | 269,018,918 | 46,278 | 1,336 |
| 2014 | (129,537,937) | 6,853 | 298,703,055 | 62,852 | (27,255) |
| 2015 | 261,224,360 | 0 | 331,169,312 | 94,102 | 74,227 |
| 2016 | 112,294,964 | 0 | 360,524,316 | 121,118 | 37,725 |

Allocable Amount of Unfunded Vested Benefits for Complete Withdrawal (Sum of Column 6)  $605,591

[1] Years not shown have no withdrawal liability components.
[2] Original value of the changes in the unfunded vested benefits, written down 5% per year.
[3] Original value of non-assessable or non-collectible withdrawal liability, written down 5% per year.
[4] Total fund contributions for the Plan year listed and the four preceding years, excluding contributions from withdrawn significant employers who withdrew on or before the date the pool was established.
[5] Obligated employer contributions for the Plan year listed and the four preceding years, including contributions owed but not yet paid.

✕ Segal Consulting

EXHIBIT R

**Ohio Operating Engineers Pension Fund**
**DEVELOPMENT OF CREDIT FOR PRIOR PARTIAL WITHDRAWALS**
**For a Withdrawal in the Plan Year Ended July 31, 2017**

Credit for Prior Partial Withdrawal in Plan Year Ended July 31, 2011

| | | | |
|---|---|---|---|
| A: | Sum of Employer's Share of Unamortized Pools for years prior to the partial withdrawal............... | $ | 212,111 |
| B: | Fraction determined under Section 4206(a)(2) of ERISA for the prior partial withdrawal............. | | 0.813497 |
| C: | Amount of withdrawal liability assessed to employer for the prior partial withdrawal................ | $ | 344,627 |
| D: | Amount of unfunded vested liability allocable to employer as if it had completely  withdrawn as of the date of the prior partial withdrawal.................................................. | $ | 423,637 |
| E: | Credit for prior partial withdrawal in Plan year ended July 31, 2011 [ A x B x C / (D x B)]..... | $ | 172,551 |

Credit for Prior Partial Withdrawal in Plan Year Ended July 31, 2012

| | | | |
|---|---|---|---|
| F: | Sum of Employer's Share of Unamortized Pools for years prior to the partial withdrawal............. | $ | 389,383 |
| G: | Fraction determined under Section 4206(a)(2) of ERISA for the prior partial withdrawal............. | | 0.648545 |
| H: | Amount of withdrawal liability assessed to employer for the prior partial withdrawal................. | $ | 111,358 |
| I: | Amount of unfunded vested liability allocable to employer as if it had completely withdrawn as of the date of the prior partial withdrawal................................... | $ | 669,922 |
| J: | Credit for prior partial withdrawal in Plan year ended July 31, 2012 [ F x G x H / (I x G)]..... | $ | 64,725 |

Credit for Prior Partial Withdrawal in Plan Year Ended July 31, 2013

| | | | |
|---|---|---|---|
| K: | Sum of Employer's Share of Unamortized Pools for years prior to the partial withdrawal............. | $ | 406,638 |
| L: | Fraction determined under Section 4206(a)(2) of ERISA for the prior partial withdrawal............. | | 0.490268 |
| M: | Amount of withdrawal liability assessed to employer for the prior partial withdrawal................. | $ | - |
| N: | Amount of unfunded vested liability allocable to employer as if it had completely withdrawn as of the date of the prior partial withdrawal................................................... | $ | 654,495 |
| O: | Credit for prior partial withdrawal in Plan year ended July 31, 2013 [ K x L x M / (N x L)].............. | $ | - |
| | | | |
| P. | Total credit for prior partial withdrawals [ E + J + O] | $ | 237,276 |

*Note: Per ERISA Section 4206.10, the plan year in which the partial withdrawal occurred for purposes of the above calculations is deemed to be the first year of the 3-year testing period.*

✱ Segal Consulting

EXHIBIT S

Ohio Operating Engineers Pension Fund

DETERMINATION OF WITHDRAWAL LIABILITY

For a Withdrawal in the Plan Year Ending July 31, 2017

Employer Name: Sofco Erectors, Inc.

| | | |
|---|---|---|
| A. | Preliminary Allocable Amount of Unfunded Vested Benefits | $605,591 |
| B. | De Minimis Reduction Under ERISA Section 4209 | |
| | (1) Lesser of 0.75% of Unfunded Vested Benefits or $50,000 | $50,000 |
| | (2) Reduction: $100,000 + (B)(1) − (A) but not greater than (B)(1) nor less than zero | $0 |
| C. | Limitation in Accordance with ERISA Section 4225 (Sale of Assets) | N/A* |
| D. | Net Allocable Amount of Unfunded Vested Benefits for Complete Withdrawal | $605,591 |
| E. | Credit for Prior (July 31, 2011, 2012, and 2013) Partial Withdrawals | $237,276 |
| F. | Withdrawal Liability: (D) − (E), but not less than zero | $368,315 |

* We are unaware of any applicability of Section 4225 on this assessment and defer to the Fund
  Administrator and Legal Counsel to determine whether it applies

✶ Segal Consulting

EXHIBIT T

Ohio Operating Engineers Pension Fund
DETERMINATION OF PAYMENT SCHEDULE UNDER ERISA SECTION 4219
For a Withdrawal in the Plan Year Ended July 31, 2017

Employer Name:                    Sofco Erectors, Inc.

(1)   Employer Base Units (hours) history:

| Year Ended July 31 | Hours | 3-Year Average Hours |
|---|---|---|
| 2007 | 11,053.50 | N/A |
| 2008 | 11,978.00 | N/A |
| 2009 | 1,607.50 | 8,213.00 |
| 2010 | 440.00 | 4,675.17 |
| 2011 | 1,123.00 | 1,056.83 |
| 2012 | 2,172.00 | 1,245.00 |
| 2013 | 3,442.50 | 2,245.83 |
| 2014 | 3,834.00 | 3,149.50 |
| 2015 | 5,527.00 | 4,267.83 |
| 2016 | 5,477.00 | 4,946.00 |

(2)   Average Base Units for highest 3 consecutive years          8,213.00
      during 10 years ended July 31, 2016

(3)   Highest contribution rate during 10 years ended             $6.00
      July 31, 2017

(4)   Annual payment = (2) x (3) [rounded up to the nearest $4]    $49,280

(5)   Quarterly payment = (4) / 4                                  $12,320

(6)   Number of Full Years of Payment                             10

(7)   Remaining Balance After 10 Years                            $2,721

(8)   Number of Full Quarterly Payments in Year 11:               0

(9)   Amount of Remaining Payment = (7) - (5) x (8)               $2,721

✳ Segal Consulting

EXHIBIT U

Ohio Operating Engineers Pension Fund

BASIS FOR DETERMINING WITHDRAWAL LIABILITY

For a Withdrawal in the Plan Year Ending July 31, 2017

1. Withdrawal liability computed using the "Presumptive Method" as described in ERISA Section 4211(b).

2. Census data collected as of July 31, 2016.

3. All assumptions per the July 31, 2016 withdrawal liability report.

4. Market value of assets based on audited financial statements as of July 31, 2016.

5. Total plan contributions are as reported in the audited financial statements.

6. Historical contributions of previously withdrawn employers and employer for which this calculation was performed are as reported by the Fund Office.

7. We are aware of no other participating employers belonging to the same controlled group as the employer for which this calculation was completed.

✱ Segal Consulting

Page 47

1                          CERTIFICATE

2     State of Ohio                )
                                   )  SS:
3     County of Franklin           )

4            I, Maria DiPaolo Jones, RDR and CRR, the
      undersigned, a duly qualified and commissioned notary
5     public within and for the State of Ohio, do certify
      that, before giving his deposition, DANIEL V. CINER
6     was by me first duly sworn to testify to the truth,
      the whole truth, and nothing but the truth; that the
7     foregoing is the deposition given at said time and
      place by DANIEL V. CINER; that I am neither a
8     relative of nor employee of any of the parties or
      their counsel and have no interest whatever in the
9     result of the action.

10           IN WITNESS WHEREOF, I hereunto set my hand and
      official seal of office on this 15th day of October,
11    2018.

12

13                      _____
                        Maria DiPaolo Jones, RDR, CRR,
                        and Notary Public in and for the
14                      State of Ohio.

15    My commission expires June 19, 2021.

16

17                           --|--

18

19

20

21

22

23

24

Page 48

```
 1                          AFFIDAVIT

 2      State of _____ )
                                    ) SS:
 3      County of _____ )

 4          I, DANIEL V. CINER, do hereby certify that I
        have read the foregoing transcript of my deposition
 5      given on Monday, October 8, 2018; that together with
        the correction page attached hereto noting changes in
 6      form or substance, if any, it is true and correct.

 7                            _____

 8                            DANIEL V. CINER

 9          I do hereby certify that the foregoing
        transcript of the deposition of DANIEL V. CINER was
10      submitted to the witness for reading and signing;
        that after he had stated to the undersigned Notary
11      Public that he had read and examined his deposition,
        he signed the same in my presence on the _____ day
12      of _____, 2018.

13

14                            _____
                              Notary Public

15

16      My commission expires _____, _____.

17                           --|--

18

19

20

21

22

23

24
```